UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: _____ |
| | ) | |
| vs. | ) | **DEFENDANT'S ANSWERS TO** |
| | ) | **LOCAL RULE 26.01 INTERROGATORIES** |
| Savannah River Nuclear Solutions, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Savannah River Nuclear Solutions ("SRNS"), by and through its undersigned attorneys, hereby responds to Local Civil Rule 26.01 (D.S.C.) Interrogatories as follows:

### LOCAL RULE 26.01 INTERROGATORIES

(A)     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** **SRNS is not aware of any person or legal entity which may have a subrogation interest in Plaintiff's claims. However, SRNS reserves its right to amend this response if it later discovers the existence of such an interest.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** **Plaintiff requested a jury trial. SRNS does not oppose Plaintiff's request for a trial by jury if the causes of action have not already been dismissed pursuant to any motion by SRNS and are otherwise appropriate to be tried by a jury.**

(C)     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a

parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding share.

**ANSWER:** **SRNS is not a publicly owned company; however, it is a limited liability company by and among Fluor Federal Services; Newport News Nuclear, Inc.; and Honeywell International, Inc.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **Plaintiff filed her Complaint in the Court of Common Pleas, Aiken County, South Carolina. SRNS removed this action to the United States District Court for the District of South Carolina, Aiken Division, because it encompasses Aiken County, South Carolina. Further, this action was filed in the division where the alleged actions giving rise to Plaintiff's claim occurred.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reasons would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **SRNS is not aware of any other action filed in this District and related to this matter.**

FP 50428476.1

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **SRNS is properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **At this time, SRNS does not contend that another person or legal entity is liable. SRNS, however, expressly reserves the right to later identify a person or legal entity who may be liable to either Plaintiff or SRNS upon discovery of such person or other legal entity.**

Respectfully submitted,

*s/Phillips L. McWilliams*
Phillips L. McWilliams (Fed. ID No. 11992)
pmcwilliams@fisherphillips.com
Erin W. Anderson (Fed. ID No. 13376)
eanderson@fisherphillips.com
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

ATTORNEYS FOR DEFENDANT

April 26, 2024
Columbia, South Carolina

FP 50428476.1