**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**AIKEN DIVISION**

| | | |
|---|---|---|
| Alisha Johnson, | ) | Case No. 1:24-cv-02612-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JOINT RULE 26(f) DISCOVERY PLAN** |
| Savannah River Nuclear Solutions, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure Rule 26(f), the Parties hereby submit the following proposed discovery plan. This plan is incorporated by reference into the Parties' Rule 26(f) Report.

**(A)     What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made.**

The Parties have agreed to waive Rule 26(a)(1) initial disclosures.

**(B)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.**

The Parties agree that discovery should be conducted on issues relating to liability, damages, and affirmative defenses in accordance with the Federal Rules of Civil Procedure. At this time, the Parties further agree that discovery does not need to be conducted in phases or limited to or focused upon particular issues.

**(C)     Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.**

1

The Parties are, at this time, unaware of any issues with respect to electronically stored information. The Parties agree to discuss the parameters and costs of electronic discovery if an issue arises.

**(D)      Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.**

No issues regarding claims of privilege or protection of trial preparation materials are anticipated at this time.

**(E)      What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

The Parties agree that no changes should be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules at this time, but that any Party may seek to do so if it becomes necessary.

**(F)      Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The Parties are, at this time, unaware of the need for any order authorized by Rule 26(c) or Rule 16(b) and (c). Although the Parties do not currently request such orders, the Parties do not waive the right to request such orders in the future.

***[SIGNATURES ON FOLLOWING PAGE]***

FP 50754357.1

*s/ Elizabeth Millender*
Elizabeth Millender (Fed. ID No. 13171)
Nicholas J.M Quatraro (Fed. ID No. 14122)
CROMER BABB & PORTER, LLC
1418 Laurel Street, Ste. A
Post Office Box 11675
Columbia, South Carolina 29211
Telephone: (803) 799-9530
Facsimile: (803) 799-9533
elizabeth@cromerbabb.com
nicholas@cromerbabb.com

ATTORNEYS FOR PLAINTIFF

*s/ Phillips L. McWilliams*
Phillips L. McWilliams (Fed. ID No. 11992)
pmcwilliams@fisherphillips.com
Erin W. Anderson (Fed. ID No. 13376)
eanderson@fisherphillips.com
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

ATTORNEYS FOR DEFENDANT

Dated this 6th day of June, 2024.

3