IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | Case No. 1:24-cv-02612-JDA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | **AS COUNSEL** |
| | ) | **(ERIN W. ANDERSON)** |
| Savannah River Nuclear Solutions, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Civil Rule 83.I.07(A), Defendant moves for Erin W. Anderson to withdraw as counsel of record for Defendant Savannah River Nuclear Solutions, as effective May 30, 2025, she is no longer associated with Fisher & Phillips LLP. This motion is with the consent of Defendant and the attorneys who will remain as counsel for Defendant. Counsel for Plaintiff has no objection to the motion.

Respectfully submitted,

s/ Phillips L. McWilliams
Phillips L. McWilliams (FID No. 11992)
pmcwilliams@fisherphillips.com
Shahin Vafai (FID No. 7518)
svafai@fisherphillips.com
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

ATTORNEYS FOR DEFENDANT

June 3, 2025