# Index of Attachments

- Plaintiff's dep.
    - P. dep.
    - P. dep., D. Ex.
- Blankenship dep.
    - Blankenship dep.
    - Blankenship dep., P. Ex.
- Youngblood dep.
    - Youngblood dep.
    - Youngblood dep., P. Ex.
- Bodie dep.
- Bodie Declaration
- Youngblood Declaration
- Blankenship Declaration
- Carter Declaration
- Wright Declaration
- Whitcomb Declaration
- Henderson Declaration
- Natalia Johnson Declaration
- Sprague Declaration
- Unpublished Cases