# YOUNGBLOOD DEP.

```
            IN THE UNITED STATES DISTRICT COURT
               DISTRICT OF SOUTH CAROLINA
                      AIKEN DIVISION
            CASE NO.: 2:18-cv-03243-DCN-MGB
```

Alisha Johnson,                )
                               )
         Plaintiff,            )
                               )
v.                             )
                               )
Savannah River Nuclear         )
Solutions,                     )
                               )
         Defendant.            )
_____  )

DEPOSITION OF

FREDERICK PORTER YOUNGBLOOD

\*\*\*\*\*\*\*\*\*\*\*

Tuesday, May 6, 2025

1:08 p.m. - 4:20 p.m.

The deposition of Frederick Porter Youngblood was taken before Christine A. Cortright, a notary public in and for the State of South Carolina, commencing on Tuesday, May 6, 2025, at the law offices of Cromer, Babb & Porter, 1418 Laurel Street, Columbia, South Carolina, pursuant to Notice of Deposition.

```
 1                         APPEARANCES

 2   Attorneys for the Plaintiff:

 3      Jay Babb, Esquire
        Jill Lesley, Esquire
 4      CROMER BABB PORTER & HICKS
        1418 Laurel Street, Suite A
 5      Columbia, South Carolina 29201
        Jay@cromerbabb.com
 6


 7
     Attorney for the Defendant:
 8
        Phillips McWilliams, Esquire
 9      Fisher & Phillips, LLP
        1320 Main Street
10      Suite 750
        Columbia, SC 29211
11      pmcwilliams@fisherphillips.com

12


13   Also Present:

14      Alisha Johnson, Plaintiff
        Rebecca Biasiny, Associate General Counsel, SRNS
15      Angela Baxley, Paralegal, SRNS

16                           INDEX

17   Stipulations . . . . . . . . . . . . . . . . . . . . 4

18   Examination by Mr. Babb . . . . . . . . . . . . . . . 4

19   Examination by Mr. Phillips . . . . . . . . . . . . 104

20   Signature Sheet . . . . . . . . . . . . . . . . . . 106

21   Certificate . . . . . . . . . . . . . . . . . . . . 107

22


23


24


25
```

5/6/2025                FREDERICK PORTER YOUNGBLOOD

|   | EXHIBITS | |
|---|---|---|
| 2 | Plaintiff's Exhibit Number 1 . . . . . . . . . . . . . | 38 |
| 3 |    (Email RE: Time Line) | |
| 4 | Plaintiff's Exhibit Number 2 . . . . . . . . . . . . . | 64 |
| 5 |    (M&O employee Information Record 11/28/22) | |
| 6 | Plaintiff's Exhibit Number 3 . . . . . . . . . . . . . | 65 |
| 7 |    (Emails and Statement by Johnson) | |
| 8 | Plaintiff's Exhibit Number 4 . . . . . . . . . . . . . | 71 |
| 9 |    (Annual Performance Reviews) | |
| 10 | Plaintiff's Exhibit Number 5 . . . . . . . . . . . . . | 79 |
| 11 |    (Constructive Discipline Assessment and Development | |
| 12 |      Form) | |
| 13 | Plaintiff's Exhibit Number 6 . . . . . . . . . . . . . | 90 |
| 14 |    (Disciplinary Review Board Meeting Record) | |

```
 1    Q.   -- and following?
 2    A.   That's correct.
 3    Q.   This entry from 8/22/2022 indicates that you
 4         were instructed to place all work window
 5         managers back in rotation as business needs will
 6         allow?
 7    A.   Yes.
 8    Q.   And that was Mr. Bodie --
 9    A.   Yes.
10    Q.   -- instructing that?
11    A.   Yes, sir.
12    Q.   Then the last sentence on that entry says,
13         "Owenby following facility priority planning
14         issues at Porter's request."  What does that
15         mean?
16    A.   So we had a project going for some priority work
17         that the facility wanted done.  So I had Mr.
18         Owenby following that for me to make sure that
19         the packages were ready, that we had everything
20         we needed to go fulfill that, and to make the --
21         so we could be successful for getting the
22         facility back on their feet and back in
23         business.  So I had him -- I had tasked him to,
24         "This is what I want you to follow for me."
25    Q.   Was this an ongoing project?
```

```
 1      A.    Yeah.
 2      Q.    Understood.  All right.  And then the last part
 3            of this entry says, "SPOC and lead planner roles
 4            will be a monthly rotation."  So those
 5            particular roles were going to be rotated
 6            monthly, as well?
 7      A.    It would have been -- at that point in time,
 8            unbeknownst to me, our manual had changed and
 9            the SPOC role and the lead planner role had been
10            incorporated into one position, one area.  So
11            there was no longer a, quote/unquote, Single
12            Point of Contact.  It was all rolled in under
13            what the work window managers do on their daily
14            duties.  So those were kind of combined under
15            the duties of a work window manager.
16      Q.    And when you say unbeknownst to you, that would
17            have been at that time in October?
18      A.    Or prior to.  So our manual got revised and that
19            information was revised, as well.
20      Q.    And what manual are you referring to?
21      A.    1Y8.20.
22      Q.    I'm sorry?
23      A.    1Y8.20.
24      Q.    1Y --
25      A.    8.20.
```

```
1              building, to stay in his cubicle, stay on his
2              end of the building, stay away from Alisha, from
3              Ms. Johnson.  And Ms. Johnson would have done
4              the same thing.
5       Q.     Okay.  So was there an informative that was
6              provided to Ms. Johnson?
7       A.     Yes.
8       Q.     And was there any type of -- or was there an
9              informative provided to Mr. Stoudemire?
10      A.     Yes.
11      Q.     And who made the decision to provide the
12             informatives?
13      A.     It would have come between our HR rep, Ms.
14             Blankenship, and my management, between Mr. Hart
15             and Mr. Bodie, to provide those.
16      Q.     Okay.  And you, as the direct supervisor, had to
17             administer it?
18      A.     I had to go type them up.  And then the
19             administering of those came in a group setting,
20             being myself, Mr. Hart, Mr. Bodie and Ms.
21             Blankenship, issuing those contacts, informative
22             contacts, individually to Ms. Johnson and Mr.
23             Stoudemire at separate times.
24      Q.     Was there any discipline that was taken against
25             Ms. Johnson or Mr. Stoudemire?
```

```
1    A.    No.
2    Q.    And who made the decision not to take any
3          discipline?
4    A.    Again, that would have come between our HR rep
5          and my management.
6    Q.    Did you provide any recommendation as to how
7          this should be handled?
8    A.    Other than I agreed that an informative contact
9          for this probably was appropriate at this time.
10   Q.    I'll show you what's been marked as Exhibit 2.
11   MR. BABB:  So we'll just mark this one as 2 in this
12         deposition, as well.
13   COURT REPORTER:  Yes, sir.
14   (Plaintiff's Exhibit Number 2 was marked for
15   identification purposes.)
16   Q.    Do you recognize that document?
17   A.    Uh-huh.  Yes, sir, I do.  I'm sorry.
18   Q.    Is that the informative that was provided to --
19   A.    Yes, yes.
20   Q.    -- Ms. Johnson?
21   A.    That is correct, sir.
22   Q.    And there was also an informative that was
23         provided to Mr. Stoudemire separate from this?
24   A.    That's correct.
25   Q.    Okay.  And is that your signature at the bottom?
```

## Frederick Youngblood

**From:** Frederick Youngblood
**Sent:** Monday, November 14, 2022 1:26 PM
**To:** Edward Bodie; Tamara Blankenship
**Subject:** Time Line

FYI

6/2021 Owenby was asked to backfill Lead Planner position due to personnel moves (qualified planner)

7/1/2022 Owenby promoted to WWM and ask to continue lead planner Function due to organizational needs

8/8/2022 Ms. Johnson expressed concern over about her not being asked to fill the SPOC or lead planner position. To Porter and then E. Bodie.

8/22/2022 Bodie met with Porter and Owenby and discussed the situation. Mr. Owenby was instructed he would complete his WWM and training and Mr. Youngblood was counseled on management practices and instructed to place all WWMs back in rotation as business needs will allow. Owenby following facility priority planning issues at Porter's request.

10/3/2022 WWM rotation adjusted to allow all WWM's to rotate from execution to SPOC, to lead planner, back to execution. Rotation to adjust each month. SPOC and Lead Planner Roles will be a monthly rotation.

10/20/2022 Ms. Johnson requested a meeting with Bodie where she asked if it were possible to her to be moved to another position. Although not unhappy, she felt that she might feel better in another position due to the above mentioned situation. Bodie also asked if there were any issues in the work place with her, Porter or any other peers and she stated none. Bodie stated he would take it a look but also asked if he could not move her, how would she feel. Ms. Johnson stated she would continue to perform her duties and adjust as she needed to perform her job. As a follow up Bodie spoke with Porter and at this time there were no issues with Ms. Johnson or himself.

10/31/2022 WWM rotation adjusted for all WWM's to be working execution, SPOC and Lead Planner roles shelved (not being filled).

Week of 11/7/2023: Bodie pulsed groups that had potential to groups for a potential swap and did not find any volunteers. There was actually only one real consideration as all of the other teams have new WWMs and the others are in critical positions.

Porter Youngblood
H Area WMC MANAGER
704-H RM B-20
208-0927
803-646-5322



PLAINTIFF'S EXHIBIT
1
Youngblood
5-6-25

1

**PLAINTIFF'S EXHIBIT 3**

## Frederick Youngblood

**From:** Tim Sears
**Sent:** Sunday, November 27, 2022 8:52 PM
**To:** Frederick Youngblood
**Subject:** Personnel Statement

On Wednesday November 23 after lunch (I am unsure of the exact time) Terry Stoudemire came to Mike Garrett's cubicle and started a conversation.

After a couple of minutes he called out to Alisha Johnson to ask if he could come to her club. She responded "If you can fit through the door you can come". Terry then asked if there had been any homicides there.

Alisha stated that she was offended by his question and Terry said "I apologize but I don't see anything racist in what I said". Alisha said "that is how I took it". To which Terry apologized for a second time but still didn't believe that his question should have been offensive.

Alisha stated she was calling HR and she and Terry continued bickering. At that point I told Terry to go back to his cube.

Tim Sears
H-Area
Work Management Center

Sent from my iPhone

# Frederick Youngblood

**From:** Emily Skelley
**Sent:** Sunday, November 27, 2022 8:14 PM
**To:** Frederick Youngblood
**Subject:** Incident on 11/22

On Tuesday, November 22nd Terry came back to our area and was talking to Mike. Something was mentioned with Alisha to where she mentioned she owned a night club/bar in Aiken. I then asked her how long she owned it and she responded with 10 years. After that I went back to work and tuned out their conversation. I honestly don't know what was said or the exact wording but I think Terry made a comment about night clubs not being safe to go to and Alisha started to raise her voice and said she was offended by his comment. Again I wasn't really paying attention and I had stepped out for about a minute or two, so I don't know exactly what other comments were made back forth. When I came back to my office, it got to the point where it was almost impossible not to hear what was going on because Alisha was getting loud. Terry remained calm while Alisha kept her voices raised and kept saying she was offended and tired of all the racism stuff. She had asked Terry to stop talking or she was going to help him lose his job. Terry proceeded to say he was at 100% but that he was sorry that he offended her. Alisha then called someone and that person didn't answer. I'm assuming she then got up and left because I didn't hear anymore talk.

Emily Skelley

Sent from my iPhone

1

**Frederick Youngblood**

| | |
|---|---|
| From: | MICHAEL GARRETT |
| Sent: | Friday, November 25, 2022 11:51 PM |
| To: | Frederick Youngblood |
| Subject: | [EXTERNAL] Statement |

On 11/22/2022, Terry Stoudemire came to my cubicle. During our conversation, he asked Alisha Johnson if she had a club. Her answer was yes, so he then asked for the name and location of the club. She told him where the club was located and the name of the club. Terry asked if he could come to her club. Alisha's response was "if you can fit through the door." Terry then asked if there were any shootings at the club. Alisha paused for a minute and then said that she was offended by that comment. Terry apologized but continued to make comments. The exchange continued and Alisha continued to tell Terry that she was offended by his comments, but he continued to have remarks. Alisha finally told Terry that it best if he stopped talking to her. Tim Sears finally yelled across to room and told Terry to go back to his cubicle, and he did.

PERSONAL STATEMENT

Alisha Johnson

11/22/2022- @1500 Hours

@1500, I Alisha Johnson, walked back to my desk coming from the bathroom. At this time I noticed Terry Stoudemire talking to Mike Garrett 2 Garret's desk. During their conversation Stoudemire started asking me about a bar that I own- I ignored him. A few seconds later, Emily Skelley asked me how long I've owned the bar—I responded to her immediately. Stoudemire continued to 'Pick' at me asking at least 5 times if 'he' could come to my bar- I personally felt as if he was trying to push the white-black issue so I finally answered – "if you can fit in the door you can come there", he immediately replied-"have you had any killings?"- I took this as an offensive statement and replied "white people?" I then asked him to discontinue the conversation because I did not like the way the conversation was going- he continued to Pick-Pick-Pick- I told him at least 7 times to leave me alone I was feeling offended- He then told me that he didn't feel like he was being offensive- again I verbalized that what he was saying was offensive to me- he continued to say different things to me and because at this point I was so upset; - I even told him I was going to contact HR- he said he was at 100% and that didn't matter to him- I told him just because he could retire that didn't give him the right to keep attacking me vocally after I had verbally told him more than once what/how he was saying things were offensive to me. Tim Sears finally asked him to please go back to his area.. During this time I called Porter Youngblood- out of the office- Russell Overton- answered.

I have personally tried to avoid Stoudemire and a few other co-workers due to the fact I overheard them talking in an inappropriate manner a while ago- At the time, I went to my management with the concern and he addressed it- so I decided to not spend any additional time around these people and Stoudemire is one of them- this is the exact reason I attempted to ignore him today.

11/22/2022    This statement is true to the best of my recollec.

## Frederick Youngblood

**From:** Terry Stoudemire
**Sent:** Tuesday, November 22, 2022 3:56 PM
**To:** Frederick Youngblood
**Subject:** Conversation

I went to Mike Garrett's office to tell him happy thanksgiving and just go speak and Alisha walked through the hall into her cubicle. I asked mike what the name of her club was and she said the name out don't even remember other than it was on York street. So I asked if there were any fights or killings. She got offended and said yeah white people. Then she said I was being racist. Which I was not. Just asking a general question. Then I told her I was sorry if I offended her and I did not mean it in that way. Then Tim sears said I need to go back to my desk and I told him something and I went back to my desk upset that she would even think that.

1