# BODIE DEP.

```
            IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
                     AIKEN DIVISION
            CASE NO.: 2:18-cv-03243-DCN-MGB


Alisha Johnson,                    )
                                   )
          Plaintiff,               )
                                   )
v.                                 )
                                   )
Savannah River Nuclear             )
Solutions,                         )
                                   )
          Defendant.               )
_____    )



                    DEPOSITION OF

                  EDWARD BODIE, JR.

                   ***********

               Tuesday, May 6, 2025

             10:10 a.m. - 12:06 p.m.
```

        The deposition of Edward Bodie, Jr. was taken

before Christine A. Cortright, a notary public in and for

the State of South Carolina, commencing on Tuesday, May

6, 2025, at the law offices of Cromer Babb & Porter, 1418

Laurel Street, Columbia, South Carolina, pursuant to

Notice of Deposition.

5/6/2025                          EDWARD BODIE, JR.

```
 1                         APPEARANCES

 2   Attorneys for the Plaintiff:

 3      Jay Babb, Esquire
        Jill Lesley, Esquire
 4      CROMER BABB PORTER & HICKS
        1418 Laurel Street, Suite A
 5      Columbia, South Carolina 29201
        Jay@cromerbabb.com
 6

 7   Attorney for the Defendant:

 8      Phillips McWilliams, Esquire
        Fisher & Phillips, LLP
 9      1320 Main Street
        Suite 750
10      Columbia, SC 29211
        pmcwilliams@fisherphillips.com
11


12
     Also Present:
13
        Alisha Johnson, Plaintiff
14      Rebecca Biasiny, Associate General Counsel, SRNS
        Angela Baxley, Paralegal, SRNS
15
                            INDEX
16
     Stipulations . . . . . . . . . . . . . . . . . . . . 4
17
     Examination by Mr. Babb . . . . . . . . . . . . . . . 4
18
     Examination by Mr. McWilliams . . . . . . . . . . . 58
19
     Reexamination by Mr. Babb . . . . . . . . . . . . . 60
20
     Signature Sheet . . . . . . . . . . . . . . . . . . 62
21
     Certificate . . . . . . . . . . . . . . . . . . . . 63
22

23

24

25
```

5/6/2025                    EDWARD BODIE, JR.

```
 1                         EXHIBITS

 2  Plaintiff's Exhibit Number 1  . . . . . . . . . . . .  33

 3      (Email RE: Time Line)

 4  Plaintiff's Exhibit Number 2  . . . . . . . . . . . .  45

 5      (M&O employee Information Record 11/28/22)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5/6/2025                            EDWARD BODIE, JR.

1    A.   The SPOC position had been done away with, and

2         this was a procedural change, so I know that the

3         term maybe used occasionally.  He ended up to be

4         the execution manager, which, again, was a

5         posted position that he applied for.  I would --

6         I would tell you he probably had some of those

7         duties shared with the WWMs at that time, work

8         window managers.  I'm sorry.

9    Q.   When was he the execution manager, Mr.

10        Youngblood?

11   A.   I think the last couple of years that I was in

12        H-area, 2015, '16.

13   Q.   Did Mr. Youngblood apply for that position?

14   A.   He did.

15   Q.   And was he interviewed for that position?

16   A.   He was.

17   Q.   All right.  When you moved into your current

18        position, who took over the work center manager

19        position?

20   A.   Ken Gibbons.

21   Q.   Where had Mr. Gibbons been prior to that?

22   A.   He was a work window manager.

23   Q.   In H-area?

24   A.   Yes.

25   Q.   How -- or did Mr. Gibbons apply for the work

5/6/2025                          EDWARD BODIE, JR.

```
 1      A.   She did not to me.

 2      Q.   Are you aware of her saying that to anyone?

 3      A.   I am not.

 4      Q.   So when you received that phone call, what was

 5           your next step?

 6      A.   I validated her concern that I agreed that

 7           needed to be looked at.  I contacted my boss,

 8           David Hart -- excuse me -- David Hart.  We

 9           discussed that.  We called Ms. Blankenship,

10           Tamara Blankenship, HR, and we shared with her

11           what had been shared with us and what we had

12           planned to do to not let that happen.  She

13           concurred with that, and so did my boss, and I

14           met with Mr. Owenby and Mr. Youngblood.

15      Q.   Okay.  And you said not let that happen.  Not

16           let what happen?

17      A.   So that conversation was we had a bad management

18           practice, that there was no SPOC position.  It

19           had been written out of the procedures.  It

20           didn't exist.  It is certainly incorporated into

21           the work window manager duties, which are

22           spelled out.  And that Mr. Owenby had to qualify

23           as a work window manager because he had posted

24           for that position.  He had won the position, and

25           he had to qualify.  And so at that time was
```

5/6/2025                              EDWARD BODIE, JR.

```
 1              when, shortly thereafter, I became aware that

 2              Mr. Johnson had volunteered to train him.  She

 3              was asked and she said she would train him.  And

 4              this was -- and so we put that into place as --

 5              and a rotation, that they would all rotate as

 6              business allowed because we became shorthanded

 7              shortly after that, but that this would be a

 8              rotation where they would go through -- there is

 9              a process that they go through of weeks and

10              execution week and building schedules and then

11              process and work request.  And that that way

12              everybody was fulfilling the work window manager

13              duties.

14     Q.       Would the rotation have been that these duties

15              that had at least one point in time been

16              considered the SPOC duties?

17     A.       In the past, they would've been similar, yes.

18     Q.       Okay.  And was that also discussed regarding the

19              lead planner role?

20     A.       I didn't have any discussion on the lead planner

21              role.

22     Q.       I'm going to hand you this.  It has been marked

23              as Exhibit Number 1 to your deposition.  Have

24              you ever seen this document before?

25     (Plaintiff's Exhibit Number 1 was introduced into the
```

5/6/2025                                    EDWARD BODIE, JR.

```
 1      A.    I had follow-up conversations with Porter

 2            concerning this.

 3      Q.    Okay.

 4      A.    But I don't remember getting a phone call from

 5            Porter on it.  I do remember getting one from

 6            Ms. Johnson.

 7      Q.    Then it indicates on this timeline around August

 8            22nd, 2022, it says, Bodie met with Porter and

 9            Owenby and discussed the situation.  And you had

10            a meeting with Porter Youngblood and Mr. Owenby?

11      A.    I did.

12      Q.    And what was discussed in that meeting?

13      A.    Basically, what you see here, he was instructed

14            that he would have to complete the work window

15            manager training.  Part of that discussion

16            you'll see where -- later in there where the

17            SPOC and lead planner roles were shelved.

18            They're not being filled, but they're not

19            required.  They are not part of the operation.

20            Like I said, they in the past, many, many years

21            ago, there was and it was identified in the

22            procedure as SPOC position.  It doesn't exist

23            anymore.  And the discussion I have with them

24            that he would stand the watch.  He would be

25            trained as a work window manager required to
```

5/6/2025                              EDWARD BODIE, JR.

```
 1            qualify.  I counseled Mr. Youngblood on
 2            management practices as far as understanding
 3            procedures, making sure that positions were
 4            aligned as they should be.  And that we would
 5            start a rotation based on the number.  I think
 6            at that time, H-area had or was slotted for six
 7            work window managers because they were covering
 8            two facilities.
 9       Q.   All right.  Did you have any follow-up
10            discussion with Ms. Johnson prior to -- it
11            indicates there was a meeting down here around
12            10/20, but between that discussion that you had
13            with Mr. Youngblood and Mr. Owenby and prior to
14            meeting with Ms. Johnson, 10/20, did you have
15            any follow up discussions with her?
16       A.   I had follow-up with her after we implemented
17            this to make sure that she understood what we
18            were doing and it was acceptable.
19       Q.   Okay.  And that would've -- would that have been
20            before 10/20?
21       A.   Yes.
22       Q.   Was that a phone call?
23       A.   I don't recall.  It could have been a
24            combination of both.  It was verbal.
25       Q.   And this indicates on 10/3/2022 that work window
```