# BODIE DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | Civil Action No. 1:24-cv-02612-JDA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **EDWARD BODIE, JR.** |
| Savannah River Nuclear Solutions, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Under penalty of perjury, Edward Bodie, Jr., being duly sworn, does hereby state that:

1. I am over the age of eighteen (18) and am competent to testify to the matters herein. Unless otherwise stated, the facts contained herein are known to me personally, and the statements herein incorporated are true and correct.

2. I am currently employed with Savannah River Nuclear Solutions, LLC ("SRNS") as a Work Planning and Control Manager and have worked in this position since June 2018. I previously worked as the Work Center Manager for the H area from 2013 to 2018.

3. These statements are based on my personal knowledge or my review of business records SRNS maintained in the ordinary course of business.

4. In 2017, Frederick Porter Youngblood and I interviewed Alisha Johnson for the position of Principal Engineer and Technical Support Specialist in SRNS's maintenance department. I agreed with Mr. Youngblood's recommendation to hire Ms. Johnson into this position and did hire her for that position.

5. I am aware of a November 2022 verbal altercation involving Ms. Johnson and Terry Stoudemire, which Mr. Youngblood investigated. I participated in discussions about how management should respond to the incident and agreed that issuance of an "Informative" record to each of Ms. Johnson and Mr. Stoudemire would be the appropriate response.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2025.

*Edward Bodie, Jr.* (signature)

Edward Bodie, Jr.