# YOUNGBLOOD DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | Civil Action No. 1:24-cv-02612-JDA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **FREDERICK PORTER YOUNGBLOOD** |
| Savannah River Nuclear Solutions, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Under penalty of perjury, Frederick Porter Youngblood, being duly sworn, does hereby state that:

1. I am over the age of eighteen (18) and am competent to testify to the matters herein. Unless otherwise stated, the facts contained herein are known to me personally, and the statements herein incorporated are true and correct.

2. I am currently employed with Savannah River Nuclear Solutions, LLC ("SRNS"). For several years prior to July 2023, I worked as the Work Center Manager in the H area, reporting to Edward Bodie, Jr.

3. These statements are based on my personal knowledge or my review of business records SRNS maintained in the ordinary course of business.

4. In 2017, Mr. Bodie and I interviewed Alisha Johnson for the position of Principal Engineer and Technical Support Specialist in SRNS's maintenance department. I recommended that she be hired, and she was hired into this position.

5. In late 2022, I was serving as Ms. Johnson's immediate supervisor. In November 2022, I learned of a verbal altercation between Ms. Johnson and another employee, Terry Stoudemire. I spoke with Ms. Johnson and Mr. Stoudemire about the incident and requested written statements from them and other witnesses. In her written statement, Ms. Johnson stated that Mr. Stoudemire had asked her about coming to her bar, and that she answered: "if you can fit in the door you can come there." As Mr. Stoudemire is heavyset, I interpreted this statement to be referring to his size. Ms. Johnson further describes in her statement that Mr. Stoudemire replied, "have you had any killings," to which Ms. Johnson replied, "white people." I considered that both of their comments could be interpreted as discriminatory and racial.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025.

*Frederick Porter Youngblood*
Frederick Porter Youngblood