# BLANKENSHIP

# DECLARATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | Civil Action No. 1:24-cv-02612-JDA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **TAMARA BLANKENSHIP** |
| Savannah River Nuclear Solutions, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Under penalty of perjury, Tamara Blankenship, being duly sworn, does hereby state that:

1. I am over the age of eighteen (18) and am competent to testify to the matters herein. Unless otherwise stated, the facts contained herein are known to me personally, and the statements herein incorporated are true and correct.

2. I am currently employed with Savannah River Nuclear Solutions, LLC ("SRNS") as a Senior Human Resources Specialist in Human Resources Operations and have worked in this position for approximately six years.

3. Because of my role, I have personal knowledge about SRSN's policies and procedures. These statements are based on my personal knowledge or my review of business records SRNS maintained in the ordinary course of business.

4. I am aware that Alisha Johnson was employed with SRNS when it entered into the contract to service the Savannah River Site until her termination on or around March 1, 2023.

5.  Attachment A contains a true and correct copy of SRNS's General Human Resources Program policy in effect in 2021 to 2023, when Ms. Johnson would have been employed with SRNS.

6.  During the period 2021 to 2023, SRNS had in effect a disciplinary process policy. Under the policy, for cases involving a recommendation of time off without pay or action beyond a corrective action (e.g., probation or termination of the employee), a disciplinary review board was required to be convened. The convening of the board provided an employee and his or her supervisors the opportunity to present their versions of the facts and removed the decision-making authority from the employee's supervisors—conferring it initially on an independent panel (the "Panel"). The Panel could make only a recommendation of termination, with SRNS's Chief Operating Officer or Chief Executive Officer or their designee making the final decision on the termination.

7.  I have participated in approximately 50 disciplinary board proceedings at SRNS. I am aware that the decisions made by the Panels often differ from those recommended by the employee's supervisor(s).

8.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 09, 2025

Tamara Blankenship

Attachment A

| HUMAN RESOURCES | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| | Revision: | 39 |
| GENERAL HUMAN RESOURCES PROGRAM | Effective Date: | 03/02/2021 |
| | Type-Class: | Admin-Info |
| | Page: | 1 of 28 |

## Revision Log

| Pages Affected | Description of Revision |
|---|---|
| All | For Administrative procedures, paragraph numbering is used for information reference points and does not represent a step order. |
| 3 | Section 4.0<br>Deleted Section 4.4, Facility Custodian responsibility for "designating and marking or posting smoking areas" and moved to Area Management. Renumbered remaining sections. |
| 3 | Section 4.2<br>Added new bullet which states, "Designating and marking or posting smoking areas". |
| 16 | Section 5.18<br>Added "and personal eyewear" after Personal clothing in 1st sentence. |
| 16 - 17 | Section 5.19<br>- Revised the 1st bullet in Step 2 to state, "Smoking is permitted outdoors at least 25 feet away from all SRS building entrances, exits, and ventilation systems. Smoking should be restricted to identified smoking areas as designated by Area Management in facilities where such spaces exists."<br>- Changed in 2nd bullet in Step 3, "Facility Custodian" to "Area Management".<br>- Revised the 3rd bullet in Step 3 to state, Smoking is permitted outdoors at least 25 feet away from all SRS building entrances, exits, and ventilation systems. Smoking should be restricted to identified smoking area as designated by Area Management in facilities where such spaces exists. |



PLAINTIFF'S EXHIBIT
5
Blakenship

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 2 of 28 |

## 1.0   PURPOSE

This procedure provides requirements for General Human Resources (HR) Program topics.

## 2.0   SCOPE

The provisions of this procedure apply only to the Management and Operations (M&O) contractor at the Savannah River Site (SRS).

This procedure is not a contract. It does not create a contractual obligation on the part of the M&O contractor or its employees and does not alter the at-will relationship. This means that either the company or the employee can end the employment relationship at any time, for any reason or for no reason at all.

Requirements that apply specifically to exempt, Selected Overtime Positions (SOP) or nonexempt employees are noted as such.

## 3.0   DEFINITIONS AND ABBREVIATIONS

Definitions and Abbreviations applicable to this procedure are provided in Manual 5B, 4.3, Glossary of Terms.

## 4.0   RESPONSIBILITIES

---

**NOTE**

Nothing in this procedure abrogates the employee's constitutional rights. The employee has the right to contact the M&O Office of General Counsel for guidance and advice.

---

## 4.1   All Managers, Employees and Organizations [S/RID 2]

All managers, employees and organizations are responsible for:

- Notifying their immediate manager and the M&O Office of General Counsel (OGC) of any Office of Inspector General (OIG) or General Accounting Office (GAO) requests for information, reports, interviews, etc. pertaining to audits, reviews, inspections and investigations

- Complying with the OIG or GAO requests for interviews and briefings and providing affidavits or sworn statements if so requested by designated personnel of the OIG and GAO who are authorized to administer oaths or affirmations or take affidavits

- Giving full and prompt attention to providing pertinent documentation and other information to the OIG and GAO under the direction of appropriate M&O management

- Safeguarding the contents of all audit findings, audit reports, requested information and management responses to these finding, to prevent publication or improper disclosure outside of the Department of Energy (DOE)

- Not impeding or hindering another employee's cooperation with the OIG or GAO.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 3 of 28 |

## 4.2    Area Management

Area management is responsible for:

- Establishing area requirements for jogging, as appropriate
- Designating and marking or posting smoking areas.

## 4.3    Employee Responsibilities

An employee is responsible for maintaining finances in a responsible manner and promptly resolving problems, when they occur, to avoid company involvement.

## 4.4    Human Resources (HR) Solutions Center

The HR Solutions Center is responsible for honoring legal attachments and notifying the employee of its actions.

## 4.5    Industrial Safety Section, Environment, Safety, Health and Quality (ESH&Q)

Industrial Safety Section, ESH&Q, is responsible for assisting Area management in developing area requirements for jogging, as appropriate.

## 4.6    Management

Appropriate levels of management are responsible for:

- Ensuring personnel comply with Site HR program requirements
- Following site HR requirements in performing management tasks
- Contacting the assigned HR Representative or HR Policy Representative when there is a question or interpretation issue involving this procedure
- Monitoring employee compliance with starting and quitting times
- Holding information and workplace meetings, including recording and processing minutes of those meetings when appropriate
- Evaluating and approving requests for site-issued clothing
- Approving replacement of damaged personal clothing
- Approving time, place and scope of holiday and special occasion celebrations held by personnel and in facilities under management's responsibility
- Notifying employee's next of kin (emergency contact), as applicable (illness, injury, accident, etc.).

## 4.7    Office of General Counsel (OGC)

OGC is responsible for notifying an employee concerning debt complaints and working with the HR Solutions Center to verify legal attachments to ensure the employee takes the appropriate steps to resolve the matter.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 4 of 28 |

**4.8    Site Medical**

Site Medical is responsible for serving as a point-of-contact for employees suffering illness or injury while at work and working with ESH&Q and Area management to help ensure the health of employees while jogging onsite.

**5.0    REQUIREMENTS**

**5.1    Rules of Conduct**

1.    Proper conduct, both on and off the job, is expected of all employees. Improper conduct at SRS is not tolerated. The Rules of Conduct are not intended to be all-inclusive and do not cover every situation that may arise.

2.    Employees shall not use government funds or resources directly or indirectly to support or oppose any political candidate or any legislative/appropriation actions pending before Congress or any state or municipal body.

3.    Any conduct that violates common decency or threatens the maintenance of safety, efficiency, effectiveness and/or productivity in the workplace is cause for disciplinary action even if such conduct is not specifically defined in the Rules of Conduct.

4.    These rules are published for employees' information and protection. Ignorance of work rules is not an acceptable excuse for violation.

5.    Violations of the Rules of Conduct may warrant disciplinary action, up to and including termination of employment:

   A.    Insubordination or deliberate refusal to comply with reasonable requests or instructions

   B.    Engaging in a fight, or in an activity that could provoke fighting

   C.    Horseplay

   D.    Organizing, operating, conducting, or participating in gambling, specifically including sports pool betting

   E.    Using or divulging, without M&O Contractor consent, any Sensitive Unclassified Information (SUI); for example, Unclassified Controlled Nuclear Information (UCNI) and Official Use Only (OUO), acquired through employment

   F.    Willful disregard of safety rules and procedures, including tampering with equipment, alarms, locking devices, Radiological Protection (RP) instruments, dosimeters, and bioassay samples

   G.    Failure to use or wear designated safety equipment

   H.    Willful action or inaction resulting in injury to personnel

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 5 of 28 |

5.1    **Rules of Conduct,** (cont.)
      **Step 5,** (cont.)

I.     Damage or loss of government-owned or leased property

J.     Unauthorized absence and/or excessive excused/unexcused absences from work assignment

K.     Unsatisfactory job performance

L.     Any action or inaction based on race, color, religion, gender, age, national origin, parental status, sexual orientation, gender identity of an employee, former employee, or applicant, which affects the individual's rights, privileges, benefits, dignity, equality, or economic opportunity

M.     Actions of a sexually harassing nature

N.     Making false, unfounded, or highly irresponsible statements against other employees, management, or subordinates

O.     Illegal conduct, conduct unbecoming an M&O Contractor employee, or conduct damaging to the company, the Site and/or the Department of Energy's (DOE) public image

P.     A Supervisor/Manager must not engage in a personal relationship with his/her employees that could potentially have the appearance of creating or promoting favoritism or special treatment of one employee over another

Q.     Failure to fully cooperate and/or provide requested information, including but not limited to, making false statements or intentionally misleading management or investigators during the course of a company investigation or during clearance processing

R.     Use, possession, or threatened use of weapons, ammunition, or explosives

S.     Taking or receiving, without authorization, leased property or property belonging to the M&O Contractor, fellow employees, or the government

T.     Improper protection, handling and safekeeping of all leased or government-owned property

U.     Unauthorized disposition, dismantling, or removal of parts from leased or government-owned equipment

V.     Dishonest acts and falsification of procedures, records, or reports, including the giving of false information when hired, cheating on tests, etc.

W.     Unauthorized use, possession, sale, or distribution of alcohol, drugs, or controlled substances at M&O Contractor facilities, or on the SRS

X.     Concealing or producing defective work through willfulness, carelessness, or negligence

Y.     Sleeping

Z.     Failure to report an on-the-job injury to management and Site Medical on the day it occurs, or failure to promptly report all other injuries or suspected injuries

AA.    Tampering with bulletin boards, defacing government property, or posting unauthorized notices and non-business related material

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 6 of 28 |

**5.1     Rules of Conduct,** (cont.)
**Step 5,** (cont.)

BB.     Improper parking or operation of vehicles

CC.     Unauthorized use or abuse of government property, including computers, telephones, etc. (See Section 5.23, Use of Unclassified Information Technology Resources)

DD.     Inappropriate or improper actions or gestures that could cause an adverse reaction on the part of other employees, management, or subordinates

EE.     Unauthorized activities such as hunting, fishing, swimming, boating, social outings, etc.

FF.     Acts of intimidation, discrimination, harassment, or retaliation against any individual who has voiced a concern in accordance with the M&O Contractor "Open Communication" policy.

**5.2     Security Clearances and Security Badges**

1.     Revocation or suspension of clearance or denial of Site access will result in discontinuance of employment.

2.     In some cases, management will need to obtain an employee's badge and escort the employee to the site boundary for disciplinary or investigative reasons.  In such cases, management shall seek guidance from HR Policy, Personnel Security or General Counsel, if necessary.

3.     When a security badge is obtained by management, the badge must be returned to the Badge office as promptly as possible.

**5.3     Service of Civil Process, Criminal Process and Arrest Warrant**

1.     It may be necessary for law enforcement officers to serve M&O Contractor Team employees with certain legal documents while working on the SRS.

2.     When an outside law enforcement agency desires to serve a civil process, criminal process, or an arrest warrant to an employee onsite, initial contact is made through the SRS Protective Force (PF). The PF contacts Personnel Security providing the employee's name and the type of process to be served.

3.     For civil processes, Personnel Security contacts the employee and provides the option of being served onsite at a mutually convenient location or declining the service.

4.     For criminal processes and arrest warrants, Personnel Security contacts the employee requiring the individual to meet the officer at PF Headquarters, depending on employee work location.

5.     After service of the civil or criminal process, or arrest warrant, Personnel Security notifies the OGC (by email or telephone) with the employee's name and details of the civil or criminal process, or arrest warrant being served.

| General Human Resources Program | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 7 of 28 |

### 5.4 Use of Hand-Held Electronic Devices While Driving [S/RID 1]

1. Information on use of hand-held electronic devices while driving can be found in Manual 8Q, Procedure 11, Pedestrians, Equipment Operations, Vehicles and Other Methods of Transportation.

2. Citations issued for the use of hand-held electronic devices are subject to constructive disciplinary action and will be considered, on a case-by-case basis, dependent upon severity or upon repeated offenses. For the deliberate and habitual offender, constructive disciplinary action may be taken up to and including termination. (Details of the constructive discipline process are located in Manual 5B, Procedure 2-14, Disciplinary Process).

### 5.5 Traffic and Parking Violations

> **NOTE**
>
> Subcontractors who are cited for traffic or parking lot violations will receive consequences commensurate with their respective violations and contractual agreements.

1. All employees are required to abide by State of South Carolina and SRS traffic safety rules. Employees must be aware of their responsibilities when operating any type of motor vehicle on site. Employees are required to report to management, violations (i.e., arrests, charges and citations) received when operating a government vehicle on or off site and when operating a personal vehicle onsite.

2. When an employee receives a warning or a citation for an onsite traffic or parking violation, the Personnel Security Office will receive notification of all issuances. The Personnel Security Department will notify respective management and the incident is to be reviewed with the employee.

    A. Constructive disciplinary action is considered, on a case-by-case basis, dependent upon severity or upon repeated offenses. Management should consult with their respective HR Representative when planning to take disciplinary actions.

    B. For repeated violations, constructive disciplinary action may be taken up to and including termination. (Details of the constructive discipline process are located in Manual 5B, Procedure 2-14)

    C. Specific disciplinary action may be used for traffic violators in M&O Contractor organizations where driving motor vehicles is an employee's job assignment.

### 5.6 Arrests and Convictions

1. All M&O Contractor Team employees are required to report to Personnel Security, within five working days for arrests, charges, citations (including charges that are dismissed), or detention by Federal, State, or other law enforcement authorities for violations of law within or outside of the United States.

2. Verbal notification is required within two working days followed by written confirmation within the next three working days.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 8 of 28 |

5.6     **Arrests and Convictions,** (cont.)

    3.    Traffic violations for which a fine of up to $300 was imposed need not be reported, unless alcohol or drug related.

    4.    Additional information for offsite arrest, charges and citations can be found in Manual 7Q, Security Manual.

5.7     **Inquiries Concerning Site Personnel**

    1.    HR is responsible for replying to all inquiries for information concerning M&O Contractor employees.

    2.    Inquiries referred to the HR Solutions Center include verification of employment, credit references and requests for references from other companies.

    3.    Requests from a law enforcement agency or other unusual circumstances are coordinated as necessary with the OGC and Personnel Security.

5.8     **Solicitation**

    1.    With respect to distribution and solicitation for membership, support of petitions, applications, payroll deduction authorizations, membership cards, commercial circulars, or other literature, by any person or private organization (of a commercial, political, religious, labor union, or other similar nature), the following rules apply:

        A.    Solicitation (whether in work or non-work areas) is prohibited during working hours - working hours means the time that either the employee who is soliciting or the employee who is being solicited is supposed to be working - it does not include mealtimes and breaks.

        B.    Distribution or posting of any solicitation literature or material on site (including hallways and doors) is prohibited, except for posting nonprofit, charitable information in authorized locations in break areas.

    2.    Conducting private business for profit in SRS facilities is prohibited. Private business includes personal or group ventures for profit and unapproved solicitations for nonprofit fundraisers.

5.9     **Official Bulletin Boards**

Official bulletin boards are used to communicate official business only (i.e., required postings, procedures, etc.) and are controlled by the Facility Custodian.

5.10     **Employee Displays**

Employee displays may be maintained in an employee's office or workspace with management approval and may be used for direct work-related materials, morale building items, individual and group, such as awards, certificates, workgroup social outings and pictures, etc.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| General Human Resources Program | Revision: | 39 |
| | Page: | 9 of 28 |

### 5.11 Starting and Quitting Times

1. An employee is required to follow good work practices and comply with the work schedule, (i.e., being at the appropriate work location, ready to work at starting time and not leaving the work location before the completion of the work schedule).

   A. There is no extra pay for normal monitoring when exiting barricades at the end of a shift.

   B. When employees are delayed due to emergency drills or malfunctioning monitoring equipment, pay is granted on a case-by-case basis.

2. Management instructs each employee on and monitors compliance with, starting and quitting times.

   A. Any modification to this schedule requires approval from an Area Project/Department Manager and appropriate HR.

   B. See Manual 5B, Procedure 3-14, Company Paid Absences and Leaves of Absence, for information regarding handling tardiness.

### 5.12 Work/Training Away from Normal Work Location

### 5.12.1 General

1. Manual 1B, Procedure 3.03, General Travel Procedure, is used for site requirements regarding business travel. The requirements below are supplemental to the procedure and apply only to nonexempt and SOP personnel.

2. Exempt employees are prohibited from using Additional Regular (AR) Time or compensatory time for travel on days outside of normal schedule.

3. Employees should use government vehicles when available.

4. When government transportation is not routinely available, it may be necessary for the employee to use a private vehicle for business or training.

5. Employees must abide by all South Carolina vehicular laws, including maintaining proof of insurance/financial responsibility in the vehicle at all times.

### 5.12.2 Pay Compensation - Nonexempt and Select Overtime Position (SOP)

1. Training outside the 50-mile radius from 700-Area should be avoided when possible. However, when a nonexempt or SOP employee must travel outside the 50-mile radius for training purposes, travel time is the reasonable time needed for the trip (home/work location to training destination, or training destination to work/home location).

2. When the employee attends training at an offsite facility, the lunch period is unpaid.

   • Pay for travel time to reach a destination out of the work area (training facility or hotel/motel and home/work) is not normally expected to exceed eight hours.

   • A nonexempt or SOP employee is paid 1.0 times the regular rate of pay for travel during regular scheduled work hours.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 10 of 28 |

**5.12.2 Pay Compensation - Nonexempt and Select Overtime Position (SOP),** (cont.)
**Step 2,** (cont.)

- When hours worked in the workweek exceed 40 hours, those hours will be paid at 1.5 times the regular rate of pay.

- Travel time is the reasonable time needed for the trip from the employee's home/work location to the training destination, or from the training destination to the work/home location.

3.  When a government vehicle is not available and a personal vehicle is used for business travel offsite, the employee is reimbursed for mileage in accordance with Manual 1B, Procedure 3.03. The employee is not reimbursed for mileage when personal vehicle is used for business travel onsite, between areas or site locations.

**5.12.3 Injury**

Any injury must be reported to management as soon as possible.

**5.13    Non-Work-Related Materials/Activities**

**5.13.1 Personally Owned Electronic Equipment**

1.  Personally owned electronic equipment, including but not limited to telephones, tape recorders, calculators, pagers, etc. is controlled in DOE facilities.

2.  The use of electronic devices to transmit or record meetings or conversations without acknowledgement and permission of all parties is prohibited.

3.  For detailed information regarding the level of control, refer to Manual 7Q.

**5.13.2 Distracting Behavior/Activities**

1.  Distracting activities such as game playing, horseplay, etc. are prohibited.

2.  Reading of non-job-related literature is prohibited in the operations facilities that are defined by the Vice Presidents/Business Unit Chief/Director.

**5.13.3 Political Activities**

1.  The M&O Contractor believes in the democratic process and encourages each employee to participate personally in the process, using employee's own individual time and resources.

2.  SRS reimbursable funds or government funds and resources may not be used directly or indirectly in support of, or in opposition to a political candidate or party.

3.  SRS reimbursable funds or government funds and resources may not be used directly or indirectly to support congressional action on any legislation or appropriation matters pending before Congress or any state or municipal body.

4.  Employees must not post or display political signs or literature in the workplace.

| | Manual: | 5B |
|---|---|---|
| **General Human Resources Program** | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 11 of 28 |

**5.13.3 Political Activities,** (cont.)

    5.      Employees are prohibited from wearing apparel containing a political message or promoting candidates. Such apparel includes, but is not limited to shirts, hats, scarves, button and stickers.

    6.      Political bumper stickers attached to an employee's personal vehicle are permitted as long as these do not contain any other messages that could be reasonably considered offensive.

    7.      An email or fax received by an employee, promoting a political candidate or party, is not to be forwarded to other individuals or otherwise passed on.

**5.14   Dress Code**

> **NOTE**
>
> This applies to all M&O Contractor and M&O Contractor subcontractor employees.

    1.      It is expected that each employee shall wear personal clothing suitable for the conditions under which the employee normally works by following the guidelines outlined in this section.

    2.      Appropriate dress is a condition of employment and the standards apply to all M&O Contractor and M&O subcontractor employees. These guidelines outline what is minimally expected of employees.

    3.      When within SRS facilities or attending company-sponsored functions, employees should demonstrate professional behavior by reporting with personal appearance appropriate for that activity/event. Employees should be well groomed and present a neatly kempt appearance when reporting for work or company-sponsored functions.

    4.      Bulk and length of hair, including facial hair, must be such that it does not interfere with the proper fit of headgear, respiratory equipment and all operating or safety equipment required by the facility.

    5.      Clothing shall not contain content that alienates or discriminates, such that it breaks down the core competency of teamwork.

    6.      Work attire shall be appropriate for the employee's position and job assignment.

    7.      The following attire is considered inappropriate:

        A.      Clothing (including headgear) with obscene, profane or otherwise offensive content

        B.      Jeans in work areas which require more professional attire

        C.      Halter, low-cut, or midriff-style shirts or dresses

| | Manual: | 5B |
|---|---|---|
| **General Human Resources Program** | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 12 of 28 |

5.14    **Dress Code,** (cont.)
        **Step 6,** (cont.)

      D.    Abbreviated clothing such as shorts, skirts, tank tops (muscle shirts), tube tops and crop-tops or any apparel that creates inattention in the workplace and/or a safety concern

      E.    Hats worn in control rooms, offices and other areas while serving no functional purpose

      F.    Shorts, other than those worn as modesty clothing, are not permitted to be worn to conduct work activities, but is allowed when reporting to and leaving work

      G.    Additional information can be found in Manual 5Q, Radiological Control related to modesty clothing.

---

**NOTE**

While on site, employees are expected to use their best judgment regarding appropriate attire while engaging in activities on personal time (i.e., exercising during the lunch period).

---

      H.    Sweat suits, jogging suits and warm-up attire, except when engaged in physical activity (i.e., running, jogging, etc.)

      I.    Slippers in any area, except when required for medical reasons

      J.    Flip flops or foam shoes

      K.    Shoes or heels that is excessive in height or those that lack proper stability and width

      L.    Shoes that do not firmly attach to the foot (lack supportive straps around the ankle or back of the shoe).

8.    Employees will be accountable for compliance with this policy. Management ensures this policy is adhered to. It is expected that management, at all levels, take appropriate action to ensure employees are dressed safely and appropriately for the specific work conditions of that day.

9.    When management determines that an employee has violated the dress code, management notifies the individual of the violation(s) and ensures that the applicable requirements are understood.

10.    Management is required to document violations, accordingly and the employee will be requested to immediately correct the violation(s).

| | Manual: | 5B |
|---|---|---|
| **General Human Resources Program** | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 13 of 28 |

**5.14    Dress Code,** (cont.)

      11.    If the problem is unable to be addressed at the worksite, the employee should be sent home and allowed to return to work when dress is considered appropriate.

      12.    Any exceptions to the Dress Code Policy will require a documented justification submitted by the responsible Vice President and approved by the Vice President of ESH&Q.

**5.15    Site-Issued Clothing**

**5.15.1    General**

      1.    Area management is responsible for identifying the need for site-issued clothing.

      2.    Site-leased personalized uniforms, coveralls and special identification clothing (i.e., DOE issued raincoats), may be worn from work to home and return.

      3.    Approval for initial purchase of uniforms or special clothing must be obtained from the Business Unit Chief/Director or designee.

**5.15.2    Safety Protective Clothing**

Chemical personal protective equipment (PPE), flame resistant clothing, etc., are issued in accordance with applicable procedures.

**5.15.3    Rain Gear**

Raincoats, rain suits, rubber boots, etc., are issued upon authorization of line management in accordance with weather conditions and degree of exposure.

**5.15.4    Cold Weather Gear**

Insulated coveralls may be provided to personnel for outside wear during cold weather. The decision to issue cold weather gear is made by line management.

**5.15.5    Yellow Coveralls and Lab Coats**

Yellow coveralls and laboratory coats are issued for all work (including radioactive materials) in accordance with standard operating procedures.

**5.15.6    Coveralls**

      1.    Coveralls are not issued for use when:

          •    Work is primarily shop-related in a relatively clean environment

          •    Work is routine building maintenance

          •    Chemicals do not present a hazard.

| | | |
|---|---|---|
| | **Manual:** | 5B |
| | **Procedure:** | 1-4 |
| **General Human Resources Program** | **Revision:** | 39 |
| | **Page:** | 14 of 28 |

**5.15.6 Coveralls,** (cont.)

    2.    Coveralls are issued to employees for protection of their personal clothing, when:

- Work to be performed may damage personal clothing
- Working with herbicides, pesticides, asphalt, creosote, etc.
- Painting or working in certain chemical areas
- Protection from burns is required
- Exposed to hazards such as poison ivy, when mowing
- Working inside vessels and confined spaces.

    3.    When coveralls are issued, employees must adhere to the following guidelines:

- Clothing may not be altered in any way.
- Use of coveralls under this procedure does not change the practice concerning non-required wash-up time or clothes change time as described in Manual 5B, Procedure 3-3, Pay for Time Worked.
- The number of clothing changes should be kept to a reasonable minimum consistent with work conditions.

**5.15.7 Uniforms**

Uniforms will be issued to employees in the following categories:

- Nurses
- Site Medical Laboratory Technicians
- Firefighters
- EMTs
- High voltage transmission and distribution workers.

**5.15.8 Modesty Clothing**

Shorts, t-shirts, etc., worn under radiological protective clothing will not be company provided and are the responsibility of each individual employee.

**5.16   Personal Protective Equipment (PPE)**

Safety shoes, safety glasses, hardhats, etc., are issued in accordance with Manual 8Q, Procedure 61, Personal Protective Equipment.

| | Manual: | 5B |
|---|---|---|
| **General Human Resources Program** | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 15 of 28 |

### 5.16.1 Safety Shoe Policy

1. An allowance of up to $115.00 per year shall be provided to purchase safety shoes for employees who are required to wear safety shoes to satisfy job requirements. An allowance of up to $135.00 is provided for employees who are required to routinely wear snake boots. The Safety Shoe Policy is intended to provide guidance to assist management in determining which employees are eligible to receive safety shoe financial allowances.

2. Safety shoe financial allowances may be authorized for full-service M&O Contractor non-manual employees who are reasonably expected to routinely encounter hazards in the work environment that can cause injury or impairment to the toes.

    A. Allowances should not be authorized for employees who occasionally enter work environments requiring the use of safety shoes unless the employee is directly affected by the hazard warranting the requirement.

    B. Some examples of work activities and work areas that expose employees to hazards warranting safety shoe use are:

    - Production/maintenance activities involving lifting, hoisting, or overhead work
    - Material-handling tasks
    - Shop activities
    - Rigging and labor activities
    - Warehousing activities
    - Entry into posted safety shoe areas.

    C. Management must evaluate the need for safety shoes on a case-by-case basis and provide a justification statement for the approval of requisitions to ensure consistent application of this policy.

    D. Additionally, employees provided safety shoe allowances are expected to purchase and wear safety shoes when engaged in work activities warranting use.

    E. The Industrial Safety Web Page on SRS Intranet provides information on the Safety Shoe Program. (SRS Intranet>Safety & Security>PPE>Safety Shoes).

### 5.17 Prescription Safety Glasses Policy

1. Prescription safety glasses are provided to those employees who are routinely exposed to hazards requiring eye protection.

    A. The site will issue, at company expense, prescription safety eyeglasses, sunglasses and/or respirator lenses only if employees are routinely exposed to hazards requiring eye protection.

    B. Site Medical administers the Prescription Safety Eyeglass Program.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 16 of 28 |

5.17    **Prescription Safety Glasses Policy,** (cont.)

    2.    Line Management will be required to evaluate and provide a justification for new prescription eyewear requests. Line Management will then approve the requisition.

- Clear Lens

- Respirator lens

- Sunglasses (only if employee works outside may these be ordered).

    3.    The approving organization is responsible for the cost of the prescription safety eyewear.

    4.    The employee is responsible for their personal prescription. All prescriptions should be current and must be less than two years old.

    5.    Directions for ordering prescription safety glasses are on the Site Medical web site.

5.18    **Replacement of Damaged Personal Clothing**

Personal clothing and personal eyewear damaged as the result of a reported accident is replaced when, in the opinion of the employee's Area Project/Department Manager, circumstances justify such replacement.

- After facts are presented by line management, the Area Project/Department Manager decides if the replacement is warranted and the approximate value of the damaged clothing is determined.

- The employee is authorized to purchase replacement clothing for reimbursement at the predetermined value.

- The employee contacts the Accounts Payable X-entry Coordinator for instructions on processing the bill of sale. The Coordinator is located in the Accounts Payable Department.

- After all approvals are obtained, an accounts payable voucher is processed by the X-entry Coordinator in the Accounts Payable Department.

- Reimbursement, for not more than the predetermined value, is normally added to the employee's payroll check.

5.19    **Smoking or Use of Smokeless Tobacco**

    1.    M&O Contractor policy prohibits the carrying of lit tobacco products or using smokeless tobacco products in all SRS facilities and government-owned vehicles. This includes e-cigarettes or similar products.

    2.    The option to use tobacco products or not to use tobacco products is an individual's right and choice.

- Smoking is permitted outdoors at least 25 feet away from all SRS building entrances, exits, and ventilation systems. Smoking should be restricted to identified smoking areas as designated by Area Management in facilities where such spaces exists.

| | Manual: | 5B |
|---|---|---|
| **General Human Resources Program** | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 17 of 28 |

**5.19    Smoking or Use of Smokeless Tobacco,** (cont.)
**Step 2,** (cont.)

- Specified action for non-compliance must be consistent with action taken for failure to comply with other M&O Contractor procedures and policies.

- Site policy does not recognize work breaks.

- Time to use tobacco products is at the discretion and approval of the employee's Manager.

3.    Use of tobacco products is not permitted in areas in which fire, safety, radiation, contamination, or product quality risks exist.

- No smoking areas, identified in the past as part of company safety and fire protection programs, remain applicable.

- Area Management designates and marks or posts smoking areas.

- Smoking is permitted outdoors at least 25 feet away from all SRS building entrances, exits, and ventilation systems. Smoking should be restricted to identified smoking area as designated by Area Management in facilities where such spaces exists.

- When groups of employees are assigned to work together outdoors, tobacco users are to remove themselves from the group when using tobacco related products.

4.    The tobacco user is responsible for the housekeeping associated with tobacco use and the proper disposal of all tobacco related materials in appropriate receptacles.

**5.20    Holiday/Special Occasion Celebrations**

**5.20.1  General**

1.    During the holiday season or for special occasions, SRS employees commonly plan on-location get-togethers, usually luncheons, within work organizations or general work locations.

2.    Such celebrations are allowed but must be managed.

3.    The following guidelines are given to ensure the manageability and safety of those events, as well as to make them enjoyable for everyone involved.

**5.20.2  Restrictions**

1.    The individual, or ad hoc committee, must have consent as to the date, time and scope of the event from the appropriate management before planning and announcing an event.

2.    Use of Government computers, equipment and other resources used to produce get-together materials such as invitations, announcements, placards, etc. must be kept at a minimum.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 18 of 28 |

**5.20.2 Restrictions,** (cont.)

3.      Managers may approve email announcements concerning such special occasions.

4.      Voluntary donations for management or employee gifts of reasonable value are permitted.

5.      Gifts from subcontractors or vendors (examples include food, meals, transportation, daily planners, or pen and pencil sets) may not be accepted. Advertising tokens of little or no commercial value are acceptable.

6.      SRS photography resources may not be used to take pictures at parties.

**5.20.3 Planning and Approval**

1.      Planning and money collection (if applicable) activities should be kept to a minimum. Performance of these activities should be limited to a designated individual or limited committee.

2.      Holiday celebrations must be planned to reasonably coincide with the usual mid-day or mid-shift lunch break.

3.      Participation is voluntary.

4.      Invitations must not exclude anyone within the specific work organization or within the general work location.

5.      Invitations must be limited to the specific work organization, including line management, or general work location.

**5.20.4 Safety Guidelines**

1.      Foods that require refrigeration should not be brought to work unless adequate refrigeration is available.

2.      Food must be properly refrigerated before and after the event to prevent spoilage.

3.      Alcoholic beverages are contraband and may not be brought on-site or into site facilities.

4.      Alcoholic beverages are not to be consumed during working hours, including lunch periods. This applies to all employees at all facilities, on or off site. (See Manual 5B, Procedure 2-6, Fitness for Duty.)

**5.20.5 Housekeeping**

1.      Set-up and clean-up activities should be kept to a minimum.

2.      Performance of these activities should be limited to a designated individual or limited committee.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 19 of 28 |

**5.20.5 Housekeeping,** (cont.)

3.   Clean-up activities include clearing surfaces of all debris, properly disposing of all waste and restoring facilities to their original condition.

4.   Food, containers, supplies, etc. should not be left or stored at SRS facilities. These items should be taken home.

**5.21   Onsite Fitness Activities**

1.   The M&O Contractor allows employees to participate in fitness activities before or after normal working hours, or during the unpaid lunch break, on workdays only.

2.   Fitness activity safety requirements can be found in Manual 8Q, Procedure 12, General Site Safety Requirements.

**5.22   Pregnant Workers**

1.   Pregnant Workers shall comply with any and all work restrictions imposed by Site Medical, management and/or the RP Manager, if employee is a declared pregnant worker.

2.   Absence related to pregnancy:

   •   Disability due to pregnancy is treated like any other disability

   •   Any other pregnancy-related absence is treated as an absence for personal reasons

   •   See also Manual 5B, Procedure 3-14.

3.   Notification - When pregnancy becomes known, the employee:

   •   Notifies management in writing

   •   Reports to Site Medical for recording of pertinent data and documentation of estimated date of delivery

   •   Continues to advise Site Medical of any significant changes in condition as pregnancy progresses

   •   Decides if she will declare the pregnancy for the purpose of protecting the unborn child from the potential for harmful effects which might be associated with exposure to ionizing radiation and if so, notifies RP personnel of her decision

   •   Is responsible for complying with all work restrictions related to pregnancy imposed by management, Site Medical and facility RP, should she declare the pregnancy

   •   Is allowed to withdraw the declaration of pregnancy at any time by completing OSR 4-394, Radiation Declaration/Withdrawal Record for Declared Pregnant Workers, without explanation or justification, thus terminating any restrictions.

| General Human Resources Program | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| | Revision: | 39 |
| | Page: | 20 of 28 |

**5.22   Pregnant Workers,** (cont.)

4.   When an employee notifies management in writing of pregnancy, management:

- Ensures employee promptly reports to Site Medical

- Approves the OSR 5-8 LN, Change of Status, at the beginning and end of employee's Family Medical Leave related to pregnancy (See Manual 5B, Procedure 3-14)

- Conducts interview with the declared-pregnant worker emphasizing the need for close communication with management, personal physician and Site Medical through the full term of pregnancy and after delivery. The interview also includes the protection of an unborn child from the potential for harmful effects which might be associated with exposure to ionizing radiation, describing the option of a mutually agreeable assignment, without loss of pay or promotional opportunity, such that further occupational radiation exposure is unlikely.

5.   Radiological Worker:

- For radiological guidance, Pregnant Workers should contact their facility RP management and comply with Manual 5Q1.2, Procedure 217, Use of External Dosimetry, Section 5.3.3, Fetal Monitoring (Declared Pregnant Workers)

- After a worker voluntarily notifies her employer in writing that she is pregnant, for the purposes of fetal/embryo dose protection, she is considered a declared pregnant worker. The declaration may be revoked, in writing, at any time by the declared pregnant worker. Written declarations of pregnancy including the estimated date of conception and revocation of declarations of pregnancy shall be maintained by using OSR 4-394.

**5.23   Use of Unclassified Information Technology Resources**

Employees using any electronic system while employed at SRS have a personal responsibility to maintain the privacy and integrity of each system and adhering to Manual 10Q, Procedure 602, Cyber Security Code of Conduct.

**5.23.1 Control and Monitoring**

1.   Controls have been designed to audit misuse and abuse of government electronic information systems.

2.   Systems are audited by conducting random system and file audits at unannounced intervals to ensure compliance with site policies.

3.   The M&O Contractor applies disciplinary policies, up to and including termination of employment, for violations of this policy.

4.   A warning banner is displayed on all federal systems alerting users of company policy, conditions of authorized use and monitoring.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 21 of 28 |

### 5.23.2 Employee Responsibilities

1.   The M&O Contractor electronic information systems are to be used only for government and company business and incidental personal use. Address questions on this policy to the Ethics Office.

2.   Employees who are pre-approved by the appropriate level of management for the Tuition Reimbursement Program, and Co-Ops may use government electronic devices/media including, but not limited to computers, Internet, email, copy machines, overhead projectors, VCRs, DVDs, DVD players, calculators, etc.; and government facilities outside normal work hours with approval of direct line management, as follows:

   A.   Government computers may be used to produce minimal copies of any homework, correspondence, or other documentation required as part of the course or program of study.

   B.   Internet and email may be used to make application to a school, enroll in a course of study, complete all course requirements (i.e., homework, quizzes, exams, projects, etc.) and communicate, as minimally necessary, with the school staff or professors provided the employee possesses a valid computer user identification and pin code.

      1)   Employees using government owned computer equipment and networking to access the Internet or communicate via email must remember that SRS network usage is routinely monitored for fraud, waste and abuse.

      2)   Accessing the Internet or communication via E-mail that meets specific academic course or program requirements is appropriate. Site guidelines for use of site computers, E-mail and the Internet are given in Section 5.23.1. Improper use of these site resources may result in disciplinary action up to and including termination.

   C.   Copy machine may be used to reproduce one copy of homework, correspondence, required Tuition Reimbursement Program documentation, or other documentation required as part of the course or program of study.

   D.   Fax machine may be used to correspond with the school or professor only as minimally necessary as required by the course or program study - such as homework assignments.

      1)   Toll-free telephone numbers should be used to the greatest extent possible.

      2)   Government fax machines may not be used for school applications, registrations, obtaining transcripts or for other administrative school activities not specifically required as part of the academic requirements of the course or program of study.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 22 of 28 |

**5.23.2 Employee Responsibilities,** (cont.)
**Step 2.D,** (cont.)

3) In addition, fax machines may not be used to communicate required documentation to the Tuition Reimbursement Office; such documentation must be originals for record purposes.

E. Overhead projectors, VCRs, DVD players and calculators may be used for course or program study requirements only as minimally necessary.

3. Government facilities may be used for the purposes of study group sessions, class meetings, completion of homework or other course/program assignments outside of normal work hours if use does not in any way interfere with ongoing business needs.

4. Employees may use electronic information systems to respond to direct requests for input (such as Benefit Plan changes) but the response must follow the protocol described for individual responses. Responses are not to be distributed to other employees or to create wide-distribution opinion polls.

5. Electronic information systems cannot be used to violate copyright laws, harass others, promote non-commercial interests, or advocate religious, political, or other personal opinions. This does not limit management's right to communicate, on any issues, with employees.

6. Electronic messages should be prepared and given the same amount of attention as any other interoffice document, (i.e., grammar, spelling, etc.) and must not contain profanity, inappropriate, or improper statements or pictures that could cause an adverse reaction on the part of other employees, management, or subordinates.

A. The forwarding of humorous messages, prayers and all non-work-related material is prohibited

B. Electronic information systems shall not be used in any way that violates the M&O Contractor Rules of Conduct (Section 5.1, Rules of Conduct, of this Procedure).

**5.23.3 Incidental Personal Use of Government Information Technology (IT) Resources**

1. General Policy

---
**NOTE**

When you send your personal, encrypted information through the firewall to a bank, retail establishment, or any web or e-mail address, this encrypted traffic may be decrypted for security inspection. Use of appropriate caution is your responsibility.

---

A. The Use of Unclassified Information Technology Resources Policy allows the personal use of Government IT equipment by employees when such use is a de minimis (insignificant) expense to the Government. For example, employees may:

- Send personal e-mails

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 23 of 28 |

**5.23.3 Incidental Personal Use of Government Information Technology (IT) Resources,** (cont.)
**Step 1.A,** (cont.)

- • Check credit union or Savings and Investment Plan (SIP) accounts
- • Prepare personal documents (e.g., personal e-mails, letters, etc.)
- • Access the internet to make occasional personal purchases
- • Create and maintain resumes on government computers in connection with job searches within SRS.

B.    Incidental personal use does not include use by non-employees, even if they are members of an employee's immediate family or individuals working under a sub-contract (unless such use is specifically permitted in the applicable sub-contract).

C.    Employees are accountable for all personal use of SRS computing resources.

D.    Supervisors have the discretion and are fully authorized to restrict use based on their organizations' internal needs.

E.    Social networking involvement is allowed on government-issued iOS portable devices (e.g., iPads and iPhones).

2.    Limitations

A.    All users of Government computers and network resources for incidental personal use are strictly forbidden to:

1)    Interfere in any way with proper completion of the employee's daily work assignment

2)    Directly or indirectly interfere with SRS operation of electronic communications resources (e.g., unauthorized use of mass mailings, etc.)

3)    Involve personal gain (beyond SIP, banking, or credit union account management)

4)    In any way facilitate the employee's outside, personal business

5)    Involve downloading onto SRS systems software described on the Cyber Security website – Controlled Software page

6)    Involve computer resources designated for classified system operations

7)    Bring discredit or embarrassment to SRS or DOE

8)    Involve social networking by any means including using the following: Facebook, My Space, Twitter, blogs (except technical or scientific blogs), Linkedin and YouTube are allowed for training and business purposes (except iOS portable devices as defined above)

| | | |
|---|---|---|
| | Manual: | 5B |
| | Procedure: | 1-4 |
| General Human Resources Program | Revision: | 39 |
| | Page: | 24 of 28 |

**5.23.3 Incidental Personal Use of Government Information Technology (IT) Resources,** (cont.)
    **Step 2.A,** (cont.)

      9)    Cast significant doubt on the employee's reliability or trustworthiness or otherwise affect an employee's ability to work effectively or harmoniously with others

     10)    Burden DOE with significant costs

     11)    Represent unauthorized use as defined here or in other policies

     12)    Create, download, view, store, copy, transmit, or retransmit:

        a)    Unauthorized mass mailings (e.g., chain letters, jokes, recipes, etc.)

        b)    Sexually explicit or sexually oriented materials or images

        c)    Materials that support gambling, illegal weapons, terrorist operations, or criminal activities

     13)    Inappropriately download copyrighted material

     14)    Conduct or participate in criminal or illegal activities

     15)    Participate in activities that are inappropriate or offensive to fellow employees or to the public

     16)    Seek help from other employees or contract personnel in pursuit of personal projects

     17)    Allow use of Government computer resources by non-employees including family members or friends

     18)    Hack into or attempt to gain unauthorized access to other systems

     19)    Use classified systems for personal use

     20)    Perform intentional destruction, denial of service, unauthorized alteration of software, hardware or information, or intentional circumvention of security rules

     21)    Cause intentional congestion, delay, or disruption of service to any Government system or network

     22)    Conduct any political activity

     23)    Create an appearance of official government action.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| **General Human Resources Program** | Revision: | 39 |
| | Page: | 25 of 28 |

### 5.24  Credit Union

Employees may participate in the Savannah River Plant (SRP) Federal Credit Union. An employee may choose to have deposits, loan payments, etc., withheld from each payroll check.

### 5.25  On-Call Policy

1. M&O Contractor job assignments may require employees to occasionally report to the work site to perform work during off duty (own) time if the work cannot be prescheduled or preplanned.

   A. These job assignments should be critical systems that require immediate response.

   B. When an employee is required to wear a pager or give telephone numbers where the individual may be reached, the employee is considered on-call.

   C. The Fair Labor Standards Act (FLSA) considers this employee as waiting to be engaged (not working) while on-call and the employee is not compensated for this time.

2. The following policy applies for on-call employees:

   A. On-call should not be required on a routine basis for non-critical systems.

   B. Exempt employees or volunteers should be considered prior to requiring nonexempt or SOP employees, when manpower allows.

   C. The employee must be available with liberties restricted to pager distance only.

   D. Nonexempt employees receive a one-hour call-in allowance when called and report to the work site.

   E. Remain fit for duty or arrange for an alternate when ill or unfit for any reason.

   F. When the nonexempt or SOP employee is called to discuss issues that pertain to on-going work and the telephone call exceeds 6 minutes and/or employee is called more than one time, they will be paid at 1.0 times the regular rate of pay, until hours worked for the payroll week exceed 40 hours - then all hours over 40 will be paid at 1.5 times the regular rate of pay.

### 5.26  Government Property – Equipment User Responsibility Program

1. All employees are responsible for the government-owned or leased property assigned for individual use.

| | Manual: | 5B |
|---|---|---|
| | Procedure: | 1-4 |
| General Human Resources Program | Revision: | 39 |
| | Page: | 26 of 28 |

5.26    **Government Property – Equipment User Responsibility Program,** (cont.)

    2.    As a user of such property, employees are responsible for the property assigned to them and are accountable as if it was the individual's own private property.

        A.    Employees are required to sign a hand receipt for property assigned, thereby accepting responsibility for its accountability, usage, safeguarding and protection.

        B.    Employees are not authorized to give away, throw away, trade, swap, or dismantle government owned or leased property without management authorization.

    3.    If an employee violates the responsibilities for government-owned or leased property that has been hand receipted to the individual, Property Management will notify the employee's management for a review with the employee and corrective action, as appropriate.

        A.    For employees losing government-owned or leased property, constructive disciplinary action will be considered on a case by case basis, depending on the severity or if repeat offenses are involved.

        B.    Regardless of property value, first time offenders will receive, at a minimum, an Informative Contact.

        C.    For deliberate and habitual offenders, constructive disciplinary action may be taken, up to and including termination.

        D.    These processes are outlined in Manual 5B, Procedure 2-14.

    4.    A copy of OSR 5-318, M&O Constructive Discipline Assessment and Development, is to be retained in the employee's personnel file.

    5.    The Property Management Manager will be notified via email when corrective action has been administered but will not receive a copy of the OSR 5-318.

5.27    **Next of Kin Notification**

    1.    For those instances outside of a declared emergency and activation of the Emergency Operations Center (EOC), the employee's line manager is responsible for notifying the next of kin or emergency contact, as necessary, if an employee becomes ill, or is injured while at work.

    2.    The SRS Operations Center (SRSOC) can assist, as requested by the Manager, in obtaining needed telephone numbers.

    3.    HR can assist in cases where Benefits or Compensation issues exist.

    4.    It is management's responsibility to remind employees of the importance of keeping emergency contact information current.

|                                 | Manual:    | 5B       |
|                                 | Procedure: | 1-4      |
| General Human Resources Program | Revision:  | 39       |
|                                 | Page:      | 27 of 28 |

### 5.28   Employee Indebtedness

#### 5.28.1 Debt Complaints

The following provisions govern the handling of debt complaints:

- Letters concerning the debt complaints are referred to the OGC for acknowledgment to the creditor. All debt complaint letters and contacts are confidential.

- Employee is notified by OGC that a creditor's complaint has been received with a recommendation the employee takes appropriate action to resolve the matter.

#### 5.28.2 Legal Attachments

The following provisions govern handling of legal attachments (i.e., a garnishment or tax levy):

- When the HR Solutions Center receives a notice of legal attachment, it is verified with the OGC:

    - The HR Solutions Center notifies the employee as promptly as possible.

    - All legal attachments are confidential.

- An enforceable legal attachment must be honored by the HR Solutions Center unless the employee takes appropriate legal action to avoid the legal attachment.

### 6.0   REFERENCES

1B, 3.03, General Travel Procedure

1B, 3.31, Records Management

5B, 2-6, Fitness for Duty

5B, 2-14, Disciplinary Process

5B, 3-3, Pay for Time Worked

5B, 3-14, Company Paid Absences and Leaves of Absence

5B, 4.3, Glossary of Terms

5Q, Radiological Control Manual

5Q1.2, Radiation Monitoring

5Q1.2, 217, Use of External Dosimetry

5Q1.2, 217, Use of External Dosimetry, Section 5.3.3, Fetal Monitoring (Declared Pregnant Workers)

7Q, Security Manual

8Q, Employee Safety Manual

01AX000027
24064.0083

| | Manual: | 5B |
| | Procedure: | 1-4 |
| **General Human Resources Program** | **Revision:** | **39** |
| | Page: | 28 of 28 |

## 6.0 REFERENCES, (cont.)

8Q, 11, Pedestrians, Equipment Operation, Vehicles and Other Methods of Transportation

8Q, 12, General Site Safety Requirements

8Q, 61, Personal Protective Equipment

10Q, 602, Cyber Security Code of Conduct

DOE O 203.1, Limited Personal Use of Government Office Equipment Including Information Technology

Fair Labor Standards Act

[S/RID 1] Standards/Requirements Identification Document, SRSPM 250.1.1F, Savannah River Site Policy Manual

[S/RID 2] DOE O 221.2A, Cooperation with the Office of Inspector General

## 7.0 RECORDS

Records generated as a result of implementing this procedure are maintained in accordance with Manual 1B, Procedure 3.31.

OSR 5-8 LN    Change of Status

OSR 4-394    Radiation Declaration/ Withdrawal Record for Declared Pregnant Workers

OSR 5-318    M&O Constructive Discipline Assessment and Development

## 7.1 Forms

OSR 5-8 LN    Change of Status

OSR 4-394    Radiation Declaration/ Withdrawal Record for Declared Pregnant Workers

OSR 5-318    M&O Constructive Discipline Assessment and Development

## 8.0 ATTACHMENTS

None