# HENDERSON DECLARATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Alisha Johnson, ) | Civil Action No. 1:24-cv-02612-JDA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF** |
| ) | **ADRYAN HENDERSON** |
| Savannah River Nuclear Solutions, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Under penalty of perjury, Adryan Henderson, being duly sworn, does hereby state that:

1. I am over the age of eighteen (18) and am competent to testify to the matters herein. Unless otherwise stated, the facts contained herein are known to me personally, and the statements herein incorporated are true and correct.

2. I am currently employed with Savannah River Nuclear Solutions, LLC ("SRNS") as a Principal Human Resources Specialist and have worked in this position since April 1, 2022.

3. These statements are based on my personal knowledge or my review of business records SRNS maintained in the ordinary course of business.

4. I am a white female.

5. In 2023, I was a member of a three-member panel that was part of a disciplinary review board that considered the matter of Alisha Johnson ("Johnson").

6. Attached at Attachment A is a true and correct copy of the "Disciplinary Review Board Meeting Record" that is an accurate record of the proceedings and the panel's decision.

7. The three-member panel met by itself at the end of the disciplinary review board meeting to discuss what recommendation the panel would make concerning Johnson. No decision was made at that time, and the panel met again by itself the next day.

8. I recommended the termination of Johnson for the reasons stated in Attachment A. More specifically, I concluded that Johnson's termination was warranted because she received disciplinary action in May 2021 for using her government computer for personal matters. Within 18 months, she repeated the misconduct and was also dishonest during the company's investigation. Due to this repeated behavior and dishonesty, the decision was made to recommend the termination of her employment.

9. At the time of my decision to recommend the termination of Johnson, I was not aware of any complaints by Johnson of discrimination or harassment, based on race or sex, related to her employment with SRNS. I do not know if she ever did make any complaints of discrimination or harassment, based on race or sex, related to her employment with SRNS.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2025.

*Adryan Henderson* (signature)

Adryan Henderson

Attachment A

OFFICIAL USE ONLY

rs
CAt
Ex6l  1

## Disciplinary Review Board Meeting Record

| Date of Meeting | February 22, 2023 |
|---|---|
| Employee | Johnson, Alisha |
| User ID | A2765 |
| Org Code | C2321AB |
| Annual Service Date | 8/18/98 |
| Date of Birth | 9/26/72 |
| R/S | B/F |
| FLSA Status | Exempt |
| SGL | 34 |
| Job Title | Window Work Coordinator |
| Previous Discipline Record | 5/21 – Corrective – Unauthorize Use of Gov Equipment |
| Performance Record | |
| Discipline Issue | Providing false information during a company investigation and misuse of government resources |
| Direct Manager | Youngblood, Porter & David Hart |
| HRBP | Blankenship, Tamara |
| Clearance Level | L |
| HRP Qualified | N/A |
| Employee Attended (Y/N) | Yes |
| Colleague Name | John Lynchfield |

- **Introduction of Panel**
    - *Roster signed
- **Meeting Overview:**
    - HR policy, personnel security, and the independent manager will be responsible for determining the outcome of the issue but will take into consideration recommendations from the management team, HR Business partner, and advisors (Office of General Counsel and EEO).
    - Provides relevant stakeholders, a disposition, within 5 working days of any disciplinary hearing
    - For this case, management will be excused from the room while the employee provides their side of the story.
- **Overview of Employee Background** *(see above)*

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U.S.C. 552), exemption number and Category  6, Personal Privacy
Department of Energy Review required before public release

Name/Org _____  Date _____
Guidance (if applicable): N/A

OFFICIAL USE ONLY

2

- **Internal Investigator/Management Briefing:**

  *See attached notes from Bill Carter, SRNS Internal Investigator*

- **Employee Briefing:**

- Employee stated she wasn't totally sure why she was at the DRB – felt that she did not provide false information however misuse of government resources could be warranted.
- 24 year plus employee, 8 years in the NAVY, personal issues taking a toll on her fort he last 5 years.
- Personal issues made her have bad judgement
- VA Treatment – High anxiety, PTSD, etc
- Never intentionally meant to do anything wrong
- Integrity does matter to her
- Admitted to responding to personal emails onsite using government equipment
- The two takeaways from the first corrective was not to visit the POS Sales site and SC DOR. Stated she had not used these since May of 2021 however OGV investigation determined she had visited these more than twice.
- If given the oppurtunity to keep her job, said she would never do it again

- **Colleague/Character Witness Briefing:**
    o You are here today to speak on behalf of EMPLOYEE NAME. Is there anything that you would like to share with panel?

John Litchfield – coworker

- Alisha trained him on his job. She is always 100% on her numbers. Always willing to help the team. What she brings to the table is very important. Drive to do the right thing – both personally and professionally.

*Manager escorts employee back to badge office and returns badge to Personnel Security as applicable*

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U.S.C. 552), exemption number and Category:  6, Personal Privacy
Department of Energy Review required before public release

Name/Org: _____  Date: _____

Guidance (if applicable): N/A

01AB000004
24064.0083

OFFICIAL USE ONLY                                                                                                              3

- **Like and Similar:**

| Date | Decision | Summary |
|---|---|---|
| 11/2021 (James West) | Probation | Running personal business in which income was received. Ethics quest. Completed. High performer overall. 1st time. |
| 11/2021 (Brittany Morgan) | Termination | Excessive use of govt equipment used for personal business & breach of SRNS ethics code. |
| 2/2022 (Ethan Schroeder) | Termination | Excessive use of govt equipment during work hours, viewing sex. Explicit material, Youtube use |
| 12/2021 (Michael Paul) | Corrective | Excessive use of govt equipment NOT for personal business. |
| 4/2020 (Maurice Simmons) | Corrective & 12 months probation | Running personal business in which income was received. |

- **Advisor Recommendations:**

| Management: David Hart/Porter Youngblood | When this initially occurred in May 2021, they felt it was an error on the employee's part. She has always been a high performer and thought a corrective would fix the issue. However, it is evident the behavior has continued and based on the investigators findings it is evident she was not honest. Recommendation is termination. VP, Mike Swain supports. |
|---|---|
| OGC: | Supports termination |
| EEO: Willie Bell/Malik Lightbourne | Supports termination |

*Dismiss management, advisors, and HRBP*

- **DRB Panel Recommendation:**

    *Panel members met following the DRB, and again the next day to discuss and make final decision.*

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U.S.C 552), exemption number and Category: 6, Personal Privacy
Department of Energy Review required before public release

Name/Org _____   Date: _____
Guidance – (if applicable) N/A

OFFICIAL USE ONLY

4

| | |
|---|---|
| **Independent Manager:** Natalia Johnson | If this was the first time, would consider being more lenient. Onsite 25 years – should know better. Management has lost trust in her. Final decision is to terminate. |
| **HR Policy:** Adryan Henderson | Management has already given her a second chance. As a 25 year employee, she should know the importance of following procedure. She knows the SRNS culture and has worked in SRTE. Using government equipment for anything personal business is never okay. Decision is to terminate. |
| **Personnel Security:** Steve Whitcomb | Even though she is a 25 year employee, she has already been extended grace less than 18 months ago for the same behavior. Based on totality of circumstance, decision is to terminate |

**Nest Steps following DRB:**
- Meeting with CEO/COO as applicable
    - Required for time off greater than 40 hours and/or termination
- HR Policy provide written decision to panel within 5 working days
- HRBP/Manager provide decision to employee
    - Issue applicable contact
    - HRBP completes the COS (as applicable)
    - Contact is signed by employee and manager and original provided to HR Policy Office

**Recommended Action:**

| | | |
|---|---|---|
| [ ] Corrective | [ ] Probation | [ ] Final Employee Commitment (FEC) |
| [ ] Corrective (1Remainder of Shift w/o pay) | [ ] Probation (1Remainder of Shift w/o pay) | (2 Full Weeks w/o Pay) |
| [ ] Corrective (1 Full Shift w/o pay) | [ ] Probation (1 Full Shift w/o pay) | [ ] Final 90 Day Commitment |
| [ ] Corrective (2 Full Shifts w/o pay) | [ ] Probation (2 Full Shifts w/o pay) | [X] Termination **(See note below) |
| [ ] Corrective (1 Full Week w/o pay) | [ ] Probation (1 Full Week w/o pay) | [ ] Other: _____ |

**Discipline Code:** B7, A10

Attach 'Discipline Meeting Record' for list of Attendees.

**If termination is recommended, ask Legal if "Employee Files @ Termination" letter needs to be issued.

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U.S.C. 552), exemption number and Category: 6, Personal Privacy
Department of Energy Review required before public release

Name/Org: _____    Date: _____
Guidance (if applicable): N/A

OFFICIAL USE ONLY                                                                                                          5

**Discipline Codes**

| Discipline Code | Reason for Discipline |
|---|---|
| A1 | Insubordination |
| A2 | Fighting - Workplace Violence |
| A4 | Gambling |
| A5 | Unauthorized use of Classified/Proprietary info. |
| A8 | Unauthorized Possession - Not Theft |
| A9 | Dishonest Acts |
| A10 | Falsification of Records |
| A11 | Fitness for Duty Violation |
| A12 | Sleeping |
| A13 | Sexual Assault or Sexual Harassment |
| A14 | Safety Rules/Procedures Violation |
| B1 | Horseplay |
| B2 | Conduct of Operations Violation |
| B3 | Discrimination |
| B5 | Defective Work - Negligence/Carelessness |
| B7 | Unauthorized Use or Abuse of Govt. Property |
| B8 | Abusive Language and Inappropriate Conduct |
| B9 | Reprisal/Intimidation |
| B10 | Lock, Try, Tag Violation |
| C1 | Excessive Absenteeism |
| C2 | Unauthorized Absences |
| C3 | Tardiness |
| C4 | False or Unfounded Statements |
| C5 | Unsatisfactory Job Performance |
| C6 | Failure to Report OTJ Injury |
| C9 | Improper Operation of Vehicles |
| C10 | Unauthorized Activities |
| C12 | Ethics Violation |
| C13 | Loitering |
| C14 | Smoking Violation |
| C15 | Dress Code Violation |
| C16 | Procedure Non-Compliance |
| C17 | Security Violation |
| C18 | Failure to Carry Out Instructions |
| Other | |

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U.S.C 552), exemption number and Category  6, Personal Privacy
Department of Energy Review required before public release

Name/Org _____   Date _____
Guidance (if applicable): N/A

OFFICIAL USE ONLY                                                                                                          6

## DRB Report Out

### Issue Summary

- Subject of OIG Criminal Investigation – in progress
- In May 2021, Alisha investigated by OGC for the use of government resources to operate her personnel business. Substantiated and resulted in corrective contact.
- In Feb 2023, an investigation was initiated by OGC for the same behavior.
- It revealed:
  - used her government issued e-mail account to send and receive messages, some with attachments
  - 80 e-mails, which were sent or received after the former investigation and as recently as January 2023
    - During work hours with exception of 1
  - At least 27 documents that had been stored, created, modified, or accessed on the government computer
- Provided false and misleading information during an interview with the investigator
  - Employee denied visiting SC Dept of Revenue and Clover (Point of Sale website) however evidence provided she did visit it more than once since Oct 2022.
  - In addition, evidence showed that evidence related to Johnson's searching for Excel Spreadsheet information for small businesses refutes her claim that her spreadsheet activity in January 2023 was not related to her business.

### Comparators

| Date | Decision | Summary |
| --- | --- | --- |
| 11/2021 (James West) | Probation | Running personal business in which income was received. Ethics quest. Completed. High performer overall. 1st time. |
| 11/2021 (Brittany Morgan) | Termination | Excessive use of govt equipment used for personal business & breach of SRNS ethics code. |
| 2/2022 (Ethan Schroeder) | Termination | Excessive use of govt equipment during work hours, viewing sex. Explicit material, YouTube use |
| 12/2021 (Michael Paul) | Corrective | Excessive use of govt equipment NOT for personal business. |
| 4/2020 (Maurice Simmons) | Corrective & 12 months' probation | Running personal business in which income was received. |

### Final Disposition

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U.S.C 552), exemption number and Category. 6, Personal Privacy
Department of Energy review required before public release

...../O..                                                         ...ate
                                 .....     ......plical.:.  ...A

01AB000008
24064.0083

OFFICIAL USE ONLY                                                                                                   7

Given that this same behavior was addressed and attempted to correct less than 18 months ago and based on totality of circumstances – operating her personal business using government resources and providing false information, the DRB panel is recommending termination.

### CEO/COO Approval

Met with Rick Sprague on 2/27/2023 as Stuart MacVean's delegate. MacVean and JC Wallace both out on business travel.

OFFICIAL USE ONLY
May be exempt from public release under the Freedom of Information Act
(5 U S C 552), exemption number and Category   6, Personal Privacy
Department of Energy Review required before public release

01AB000009
24064.0083