IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Alisha Johnson,<br><br>                Plaintiff,<br><br>v.<br><br>Savannah River Nuclear Solutions,<br><br>                Defendant. | C/A No.: 1:24-cv-02612-JDA-PJG<br><br>**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**<br><br>**STATEMENT AND CERTIFICATION** |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

*Respectfully submitted by,*

**CROMER BABB & PORTER, LLC**

BY: *s/Jillian M. Lesley*
Jillian M. Lesley (Fed.# 14090)
Julius W. Babb, IV (Fed # 10500)
1418 Laurel Street, Suite A
Columbia, South Carolina 29201
Post Office Box 11675
Columbia, South Carolina 29211
Phone:(803) 799-9530
Fax:(803) 799-9533
jill@cromerbabb.com
jay@cromerbabb.com

*Attorneys for Plaintiff*

July 11, 2025
Columbia, South Carolina