IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | Case No. 1:24-cv-02612-JDA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MEDIATION** |
| v. | ) | **CERTIFICATION** |
| | ) | |
| Savannah River Nuclear Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The undersigned counsel for Defendant Savannah River Nuclear Solutions, LLC certifies that he has (1) provided a copy of the mediation requirements to Defendant; (2) discussed the availability of mediation with Defendant; and (3) discussed the timing of mediation with Plaintiff. The parties are in the process of scheduling mediation.

Respectfully submitted,

s/ Phillips L. McWilliams
Phillips L. McWilliams (FID No. 11992)
pmcwilliams@fisherphillips.com
Shahin Vafai (FID No. 7518)
svafai@fisherphillips.com
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

ATTORNEYS FOR DEFENDANT

July 11, 2025

1