# EXHIBIT B

# *FY20 Annual Performance Review*

## Employee Information

Name/ID: Johnson,Alisha(A2765)

Organization: C2321AB

Email:alisha.johnson@srs.gov

Phone:8032080813

Manager Name/ID: YOUNGBLOOD, FREDERICK PORTER(L0252)

Manager Email: frederick.youngblood@srs.gov


Reviewer: YOUNGBLOOD, FREDERICK PORTER(L0252)


Employee Completion Date:10/28/20, 3:33 PM

Reviewer Completion Date:11/30/20, 3:03 PM

**OFFICIAL USE ONLY**

**May be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption number and category:  6.Personal Privacy Department of Energy Review required before public release**

**Name/Org: YOUNGBLOOD, FREDERICK PORTER/C2321AB    Date: 11/30/20, 3:03 PM**
**Guidance (if applicable): N/A**

# Official Use Only

01AU000057
24064.0083

## Employee Goals

Safety - Conduct BBS Observations (at least one per month), Attend/participate monthly Safety Meetings.  If unable to attend, review on InSite. (100% attendance/review of material is expected)

Security - Maintain clearance (Q or L) as required.  Have no security infractions or incidents on site (traffic violations, cell phone violations, UCNI...)

Deliver Results - Layout scoping schedules that will effectively reach the schedule goal of 90% by minimizing add-on's and delays. Work with operations and maintenance to develop and work your plan. Limit at risk scheduled activities.  Schedule those items that are truly task ready (Parts, People, Paper).   Limit deferrals by proactively looking ahead for upcoming (1-2 months) PMs during scoping and if cannot work, pulling the string on the details on why.

Block Scheduling - Look ahead to pull all work that is ready and group CM's and PM's for facility equipment. This should include a review of deferred PM's, upcoming PM's and other ready work as identified in MRT. Minimize the number of times that a piece of equipment is take out of service to complete repairs or PM's.

Customer Service - Strive to build/improve on the working relationships with your customers.  This will be accomplished by having face to face meetings with the different groups as allowable. Make sure to close the loop promptly on questions or issues that are brought forward to demonstrate ownership and pride.

Training - Maintain all required training/qualifications to perform your job. Attend supplemental/continuing education training to acquire the minimum of 20 hours per year.  Attend scheduled training to ensure no NO-SHOWS.

## Employee Comments on Goal Performance

I have attended safety meetings or have viewed the online meeting every month during the year. I maintained my security clearance with no security infractions. I have assisted the HCA facility as needed to bring new WWMs up to speed as well as
helped HBL facility when needed to get the results that were desired. I have maintained close working relationships with both facilities to ensure that the customer needs are met. I strive to keep my training up to date on all aspects of my job.

## Reviewer Comments on Goal Performance

**Official Use Only**

Alisha has maintained her safety and security awarenss by having no infractions or security incidents. She has maintained here clearance levels and maitied her training requirements. She has kept up her safety meetings and BBS observations and has participated in the groups toolbox meetings as well as presenting the monthly safety meetings prior to COVID 19.

### Employee Comments on Competency Performance

In order to maintain and exceed the standard of excellence, I have completed all requirement hours this fiscal year for continuous training and I helped our group by participating in the BBS process even while away from work by performing
BBS while offsite.

### Reviewer Comments on Competency Performance

Alisha's knowledge of the facility and process has grown over this past year. She is becoming one of the go to WWMS that the group and the faciltiy can rely on. She has assited with the training of newer WWM's as they come into the group by showing them the proper way to execute the facility schedules, work order conversions and coordination efforts between groups. Alisha assists her fellow WWM's with items that they may need, such as work request coversions, assisting with work group support and coordination, chasing package, L/T approvals and any additional item as they surface. Alisha has been willing to stay late and come in on her off days to follow up with priority items that the facility has a vested interest in, such as PM deferrals and issue resolution for priority job scopes. She has been able to search and gather the required informationa dn work packages to allow for block scheduling of activities for a particular system as well as searching for ready work items that can be brought forward.

### Additional Employee Comments

I am a proud member of AMP. I support the United Way and Toys for Tots by giving donations and volunteering for onsite and offsite events.  During the Covid-19 events, I teleworked for 2 weeks and during those weeks I remained on stby and came in to work when I was needed onsite. During the remaining time up until now I have worked onsite 40 hours per week.  My knowledge of the Facilities have grown which helps me to be more efficient with block scheduling work and executing work to be more cost effective to the facility.

### Improvement Actions/Additional Reviewer Comments

Alisha was placed on a teleworking assignment during the COVID 19 outbreak during the earlier part of the year and supported the facility and the two WWM's that were assigned on rotation by following up with deferrals, package approvals, coordination efforts for group support, and converting work requests as needed during the continuity essential work efforts. she was eventually called to come in and support the continuity essential mission efforts for the facility. Alisha also supports other site sponsored activities and organizations.

**Official Use Only**

01AU000059
24064.0083

# *FY21 Annual Performance Review*

## Employee Information

Name/ID: Johnson,Alisha(A2765)

Organization: C2321AB

Email:alisha.johnson@srs.gov

Phone:8032080813

Manager Name/ID: YOUNGBLOOD, FREDERICK PORTER(L0252)

Manager Email: frederick.youngblood@srs.gov

Reviewer: YOUNGBLOOD, FREDERICK PORTER(L0252)

Employee Completion Date:10/26/21, 3:31 PM
Reviewer Completion Date:10/28/21, 12:33 PM

**OFFICIAL USE ONLY**

**May be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption number and category:  6.Personal Privacy Department of Energy Review required before public release**

**Name/Org: YOUNGBLOOD, FREDERICK PORTER/C2321AB    Date: 10/28/21, 12:33 PM**
**Guidance (if applicable): N/A**

**Official Use Only**

01AU000060
24064.0083

Employee Goals
-----

Safety - Conduct BBS Observations (at least one per month), Attend/participate/Review monthly Safety Meetings.  If unable to attend, review on InSite. (100% attendance/review of material is expected)  Attend Monthly LSIT Meeting at least six times in the next year.

Security - Maintain clearance (Q or L) as required.  Have no security infractions or incidents on site (traffic violations, cell phone violations, UCNI...).

Deliver Results - Layout scoping schedules that will effectively reach the schedule goal of 90% by minimizing add-on's and delays. Work with operations and maintenance to develop and work your plan. Limit at risk scheduled activities.  Schedule those items that are truly task ready (Parts, People, Paper).   Limit deferrals by proactively looking ahead for upcoming (1-2 months) PMs during scoping and if they cannot work, find out why and communicate to manager.  Support backlog reviews with maintenance work groups to identify long standing PMT HOG items that cannot be completed due to facility configuration and work with engineering to close these out.  Ensure Work Week Assessments are coded correctly and you have full understanding of the report.

Block Scheduling - Look ahead to pull all work that is ready and group CM's and PM's for facility equipment through the use of T4-12 Planning initiative to be proactive in scheduling work efficiently. This should include a review of deferred PM's, upcoming PM's and other ready work as identified in MRT. Minimize the number of times that a piece of equipment is taken out of service to complete repairs or PM's.  Make recommendations to outage coordinator when I see the opportunity for block scheduled work that has not been previously identified.

Customer Service - Strive to build/improve on the working relationships with my customers.  This will be accomplished by having face to face meetings with the different groups as allowable. Make sure to close the loop promptly on questions or issues that are brought forward to demonstrate ownership and pride.  Action all work requests received during my work week by the end of my assessment week. Work with the FLMs to scope and execute work packages identified on the Planner Priority List.

Training - Maintain all required training/qualifications to perform job. Attend supplemental/continuing education training to acquire the minimum of 20 hours per year.  Attend scheduled training to ensure no NO-SHOWS.  Contact the training coordinator to update my training requirements and remove those qualifications I no longer need after transitioning from a maintenance FLM to a Work Window Manager.  Attend AHA and Davis Bacon refresher training this year.  Sit down with a planner to go through the process to develop a formal AHA.  Obtain access to PeopleSoft and learn how to look up the status of parts ordered.

Employee Comments on Goal Performance
-----

**Official Use Only**

01AU000061
24064.0083

Safety is the most important goal and I have completed at least one BBS observation each month to ensure I am my Brothers Keeper and to reinforce the safety culture of SRNS onsite as well as home. Security is also important and I have successfully escorted uncleared employees without incident. I have maintained personal security by not bringing any unauthorized items through the site barricades as well as the Limited Area. During the year I Delivered Results by Block Scheduling, providing excellent customer service to outside work groups, and maintaining all qualifications. 85% of my Work Week Assessments, I met and/or exceeded Facility goals on work completed and add on Tasks.

Reviewer Comments on Goal Performance

Conducted BBS Observations (at least one per month). Attended, participated, reviewed monthly Safety Meetings in person, on line, or via Teams. Maintained clearance without having a security infraction or incident on site. Supported OPSEC standards by maintaining conference call conversations and meetings to general information. With limitations cast onto WMC by COVID and restrictions put into place Alisha has achieved the best possible percentage on assessments during her execution week. During scoping and execution week, Alisha supports the work groups with combining like activities and like equipment to best utilize resources and reduce equipment down time

Alisha is responsive to the changing needs of the facility and coordinates the actions well. Reacts well to the ever changing needs of the facility and helps to organize the responses needed. Has kept her training up to date and has not given the company any no-shows for missing training. Has strived to get the required 20 hours of annual training to meet the organizations goal.

Employee Comments on Competency Performance

I have been able to set the priorities by interacting with the Facilities and determining the needs of the facility based on the day to day operations. I come in constant contact with the Planners to help out with obtaining the approvals of AHAs, Work Orders, and other pertinent materials to get Packages Ready to Work. Work with several STRs throughout the site to coordinate work on pertinent equipment in the Facility. I am an avid member of AMP. I promote as well as donate hours and money to the TOYs For TOTs program. This year, I became very interested in the Harvest Table program and plan to volunteer during the holiday season.

Reviewer Comments on Competency Performance

Alisha is very organized and scopes her week very well. She also supports the other WMM's with their work week and the duties that go along with it and substitutes for her fellow WWM's when leave is needed to ensure coverage is there. Within the limitations we have for COVID and the restrictions for maintaining those protocols, she has adjusted well and is capable of keeping up the duties required of her. Alisha is the most senior WWM and as such as had a hand in training all of

**Official Use Only**

01AU000062
24064.0083

the currently qualified WWM's, She continues to impart her knowledge of the scheduling systems, many times offering suggestions for scheduling efforts. Alisha was new to the facility when she became a WWM and since that time has continued to learn the people, facility and process interactions. She continues to gain the respect and foster the relationships with the facility personnel and support groups. She consistently has high percentages during her execution week that helps met the goals and expectations set forth by the facility.

### Additional Employee Comments

I think that I have come a long way in this job.  I have a heavy operations background and entered the Maintenance world with little to no experience.  I have learned a lot and gained tons of experience during my tenure.  In efforts to achieve a work to life balance this position afforded me to set priorities as needed.  My last two daughters will finish under grad this spring and I will be able to pursue other opportunities to enhance my career here at SRNS.

### Improvement Actions/Additional Reviewer Comments

Alisha utilizes her organization skills very well in planning then executing her role in H-Area. Supporting her fellow coworkers and helping them develop in WMC roles while abiding by the 1Y 8.20 manual that guides our execution. She is encouraged to continue to obtain facility knowledge and experience to allow her to improve on her abilities as a WWM.

**Official Use Only**

01AU000063
24064.0083

# *FY22 Annual Performance Review*

<u>Employee Information</u>

Name/ID: Johnson,Alisha(A2765)

Organization: C2321AB

Email:alisha.johnson@srs.gov

Phone:8032080813

Manager Name/ID: YOUNGBLOOD, FREDERICK PORTER(L0252)

Manager Email: frederick.youngblood@srs.gov

Reviewer: YOUNGBLOOD, FREDERICK PORTER(L0252)

Employee Completion Date:11/10/22, 1:27 PM
Reviewer Completion Date:11/16/22, 9:24 AM

OFFICIAL USE ONLY

May be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption number and category:  6.Personal Privacy Department of Energy Review required before public release

Name/Org: YOUNGBLOOD, FREDERICK PORTER/C2321AB    Date: 11/16/22, 9:24 AM

Guidance (if applicable): N/A

**Official Use Only**

01AU000064
24064.0083

## Employee Goals

Safety - Perform a minimum of one BBS per month, review the monthly safety meeting material and attend/support site sponsored safety events (Safety Kick off's, etc.). Execute all work safely with a continual focus on zero injuries.

Security - Maintain clearance as required. Have no security infractions or incidents (speeding tickets, cell phone violations, etc.)

Deliver Results - Layout schedules that will effectively reach the schedule goal of 90%. Work with operations and maintenance to schedule those items that are truly task ready (parts, people, and paper). Execute work with a disciplined approach.

Block Scheduling - Look ahead to pull all work that is ready and group for equipment outages. Minimize the number of times that a piece of equipment is taken out of service to complete repairs or PM's.

Customer Service - Strive to build/improve on the working relationships with your customer and maintenance organizations. Make sure to close the loop promptly on questions or issues that are brought forward, this shows ownership and pride.

Training - Maintain your training and qualifications. Strive to learn something new daily and transfer the knowledge to your peers.

Continue to implement the task readiness and task preview processes to help ensure that issues with scheduled tasks are resolved prior to locking in the activity. Task readiness reviews should be scheduled the week prior to the work being scheduled.

## Employee Comments on Goal Performance

Safety is the most important goal and I have completed at least one BBS observation each month to ensure I am my Brother's Keeper and to reinforce the safety culture of SRNS onsite as well as home.  Security is also important, and I have successfully escorted uncleared employees without incident. I have maintained personal security by not bringing any unauthorized items through the site barricades as well as the Limited Area. During the year I Delivered Results by Block Scheduling, providing excellent customer service to outside work groups, and maintaining all qualifications. 100% of my Work Week Assessments I met and/or exceeded Facility goals. I have been able to set the priorities by interacting with the Facilities and determining the needs of the facility based on the day-to-day operations.  I come in constant contact with the Planners to help out with obtaining the approvals of AHAs, Work Orders, and other pertinent materials to get Packages Ready to Work.  Work with several STRs throughout the site to coordinate work on pertinent equipment in the Facility.  I am an avid member of AMP.  I promote as well as donate hours and money to the TOYs For TOTs program.  This year, I became very interested in the Harvest Table program and plan to volunteer during the holiday season.

**Official Use Only**

## Reviewer Comments on Goal Performance

Alisha has maintained her safety and security awareness by having no infractions or security incidents. She has maintained her clearance levels and maintained her training requirements. She has kept up her safety meetings and BBS observations and has participated in the group toolbox meetings. Alisha performs scoping with the affected work groups to build a quality executable schedule, locks-in the schedule and executes the schedule to meet a set goal for effectiveness. Alisha is responsible for ensuring that all items are in a task ready state for execution. She formulates and adjust the facility schedules as needed based on facility requests and emergent issues. She confers with the facility work groups as well as the outside work groups and vendors that support facility work. She uses the multiple facility schedules at her disposal to seek out and attempt to block schedule work to eliminate the amount of down time for the facility processes.

## Employee Comments on Competency Performance

I think that I have come a long way in this job.  I have a heavy operations background and entered the Maintenance world with little to no experience.  I have learned a lot and gained tons of experience during my tenure.  In efforts to achieve a work to life balance this position afforded me to set priorities as needed.  My last two daughters will finish under grad this spring and I will be able to pursue other opportunities to enhance my career here at SRNS.

## Reviewer Comments on Competency Performance

Alisha assists her fellow WWM's with items that they may need, such as work request conversions, assisting with work group support and coordination, chasing package and L/T approvals and any additional items as they surface. She also has contributed to the training of new WWM's that have recently come into the group. She continues to impart her knowledge of the scheduling systems, many times offering suggestions for scheduling efforts. Alisha has gained a great deal of knowledge of facility systems and equipment interrelations and has worked to build the relationships needed to successfully execute the facility schedule. Alisha's schedule numbers have been consistently high with averages in the mid to high 90 percentile.

## Additional Employee Comments

## Improvement Actions/Additional Reviewer Comments

Alisha is encouraged to continue to seek out training that will enhance her abilities as a WWM. Continue to work to become more efficient at planning, scheduling and execution of the facility POD. She is also a member of some of the site sponsored groups such as AMP as well as toys for tot's.

**Official Use Only**