# EXHIBIT O

# Forensic Examination

# Case ECSO-2301-003

**Date of Examination:** January 30, 2023

**Examiner:** Joshua Wright

**OFFICIAL USE ONLY**

May be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) exemption number and category  6 Personal Privacy  .
Department of Energy review required before public release.
Name/Org.:  Joshua Wright, SRNS  .
Date:  February 9, 2023.
Guidance (if applicable):  CG-SS-4, 08/2000, DOE-OC  .

**Summary**

In May 2021, a forensic examination showing the misuse of government resources for external business ventures by user A2765 (Alisha Johnson) was conducted for the SRNS Office of General Counsel (OGC). On January 30, 2023 OGC requested a follow-up examination of the user's activity since June 2021 to identify similar misuse. Forensics discovered various documents and emails pertaining to the user's businesses, including a January 2023 expense spreadsheet for the bar 306 On York.

**Evidence Examined**

ELI00469552, the site-issued computer used by A2765
Microsoft OneDrive and Exchange mailbox for user alisha.johnson@srs.gov (A2765)
Logs captured in Splunk for computer ELI00469552 and user A2765

**Tools Used**

Splunk
EnCase Endpoint Investigator version 22.1
Magnet AXIOM version 6.10.0.34490

## Evidence

**Internet Searches** *(last six months)*

**Google** *(similar searches with misspellings on the same date removed)*

| Date | Search | Date | Search |
|---|---|---|---|
| 1/10/23 | augusta chronicle<br>augusta crime<br>csra crime<br>google flights<br>youtube spreadsheet for a small business tutorial Training | 1/24/23 | augusta crime<br>CNN<br>WRDW<br>youtube spreadsheet for a small business tutorial |
| | | 1/25/23 | ASK<br>LOWES<br>SAMS |
| 1/11/23 | AIKEN STANDARD<br>DRINKS USING E&J BRANDY<br>how to create a spreadsheet for credit card debt<br>navy federal<br>NFL PLAYOFF GAMES 1/29/2023<br>used manufactured homes for sale in South Carolina<br>used mobile homes for sale to be moved near aiken, sc<br>What does it mean when you think you see an owl? | 1/26/23 | AIKEN STANDARD OBITUARY<br>augusta crime<br>augusta liquidators<br>Furniture stores<br>profit and loss sheets<br>tyre nichols video |
| | | 1/3/23 | SHANNON SHARPE |
| | | 1/30/23 | augusta crime |
| | | 1/31/23 | lightbourne |
| 1/12/23 | AIKEN STANDARD<br>augusta crime<br>google flights<br>WRDW<br>youtube spreadsheet for a small business tutorial | 1/4/23 | brassring<br>DEFINITION OF A SPREAD SHEET<br>google flights<br>how to make a spreadsheet<br>jobs on SRMC<br>YOUTUBE HOW TO DO A HOME BUDGET ON A SPREADSHEET<br>youtube how to spreadsheet for beginners |
| 1/17/23 | AIKEN STANDARD OBITUARY<br>augusta crime<br>KADARRIEN HUTTO<br>YOUTUBE HOW TO PAY DOWN 80,000.00 IN CREDIT CARD DEBT | 1/5/23 | augusta crime<br>crime in the csra<br>RESUME OBJECTIVE FOR A QA POSITION<br>RESUME OBJECTIVE STATEMENT FOR A TECHNICAL POSITION<br>sample objective for a QA position with a military background<br>SAMPLE OF A RESUME OBJECTIVE RELATIVE TO A QA POSITION<br>WRDW<br>youtube spreadsheet for a small business tutorial |
| 1/18/23 | mardi gras cruise ship | | |
| 1/19/23 | augusta crime<br>COKEY COLEMAN EDGEFIELD COUNTY SC<br>GOOGLE<br>HOME DEPOT REFRIGERATOR<br>INEXPENSIVE FLOOR LAMINATE<br>MOBILE HOME ACCESSORIES IN AIKEN SC<br>WRDW | | |
| 1/23/23 | CHEAP FLOORING PLACES IN aUGUSTA gA<br>DISCOUNT LAMINATE FLOORING PLACES IN AUGUSTA GA<br>LEDISI CONCERT IN ATLANTA GA | 1/9/23 | AIKEN STANDARD OBITUARY<br>youtube spreadsheet for a small business tutorial |
| | | 10/11/22 | aikencounty inmates<br>augusta crime |
| | | 10/12/22 | Shoe stores<br>WRDW |

| Date | Search |
|---|---|
| 10/24/22 | Free Thanksgiving Dinners 2022 in Aiken SC<br>one table aiken sc 2022<br>Thanksgiving Dinner for community |
| 10/25/22 | aiken county detention center<br>chronicle augusta |
| 10/26/22 | augusta chronicle |
| 10/31/22 | AIKEN STANDARD |
| 10/5/22 | SC DOR LEGAL COUNSEL |
| 10/7/22 | augusta crime<br>edgefield magistrate court |
| 11/10/22 | AIKEN STANDARD<br>thanksgiving checklist printable free<br>thanksgiving dinner checklist planning |
| 11/14/22 | AIKEN STANDARD<br>BEST WAY TO GET OUT OF 60,000.00 0F DEBT<br>CHARLOTTESVILLE<br>LLC VS<br>MIKES HARD LEMONADE FLAVORS |
| 11/15/22 | AIKEN STANDARD<br>Breaking news headlines<br>CNN<br>FEELINGS OF A PERSON WHO HAS BEEN DISCRIMINATED AGAINST<br>MARRIOT MARQUIS CANAL ST NO<br>WNBA LADY IN RUSSIA<br>WRDW |
| 11/16/22 | augusta crime<br>CNN |
| 11/17/22 | LLC VS |
| 11/2/22 | AIKEN STANDARD<br>CITY OF AIKEN<br>CRUISE LINES GOING TO TURKS<br>GOD DELIVER ME<br>GOOD TITLE FOR DIFFERENT GROUPS TEAMING UP TO GIVE BACK TO THE COMMUNITY<br>WENDY'S HIGHSCHOOL HEISMAN SCHOOL WINNER<br>WHAT DO YOU CALL THANKSGIVING DINNERS GIVEN FOR THE LESS FORTUNATE<br>WHAT IS A HEDGE FUND |
| 11/21/22 | AIKEN STANDARD<br>NEWSBREAK |
| 11/22/22 | AIKEN STANDARD<br>ALSINA<br>CHRIS BROWN AMA |

| Date | Search |
|---|---|
| 11/28/22 | AIKEN STANDARD OBITUARY<br>can you sue for verbal abuse at work<br>in south Carolina I am a landlord with a tenant and no lease- how do i evict the tenant<br>OBITUARY DARNELL LUCHIE OBITUARY<br>south carolina landlord tenants rights<br>WHAT IS IT CALLED WHEN A CO WORKERS CONTINUES TO VERBALLY OFFEND YOU |
| 11/3/22 | AIKEN STANDARD |
| 11/30/22 | aubrey lynn south carolina<br>daejhanae jackson arrested<br>navy federal<br>shanquelle jackson<br>will 7 extra principle mortgage payments pay my mortgage off 5 years early |
| 11/7/22 | 513 area code time zone |
| 11/8/22 | AIKEN STANDARD<br>edgefield county magistrate court |
| 11/9/22 | brittiany broadwater<br>CITY OF AIKEN<br>free printable thanksgiving checklist<br>how to put together a free thanksgiving meal in my community<br>THANKSGIVING DINNER CHECKLIST<br>Thanksgiving menu planner template |
| 12/1/22 | augusta pain management<br>CNN |
| 12/12/22 | AIKEN STANDARD<br>augusta chronicle<br>WRDW |
| 12/13/22 | WRDW |
| 12/14/22 | WRDW |
| 12/15/22 | AIKEN STANDARD<br>SCDMVONLINE<br>WRDW |
| 12/19/22 | AIKEN STANDARD<br>augusta crime<br>JOHN LITCHFIELD AUGUSTA GA<br>MRS. LITCHFIELD OBITUARY PENNSYLVANIA 2022 |

| Date | Search |
|---|---|
| 12/20/22 | AIKENSTANDARD<br>CNN<br>fox news<br>PROFIT AND LOSS TEMPLATE<br>ROCKET LAWYER<br>small business tax returns<br>usaa login<br>WHAT IS CONSIDERED MATERIAL FOR BUSINESS TAX PURPOSES<br>WRDW |
| 12/21/22 | AIKEN STANDARD |
| 12/27/22 | augusta crime<br>ROCKET LAWYER<br>WRDW |
| 12/28/22 | augusta crime<br>BREEZELINE<br>CLOVER<br>GOOGLE<br>ROCKET LAWYER |
| 12/29/22 | augusta crime<br>CLOVER<br>GOOGLE<br>hyatt house augusta |

| Date | Search |
|---|---|
| 12/6/22 | attorneys that handle probate cases in edgefield sc<br>Foremost<br>google flights<br>mobile home insurance in south carolina<br>my healthy vet<br>richmond on the greene<br>srponline<br>trap spelling bee words |
| 12/7/22 | CNN<br>hsabank<br>scleroderma |
| 2/1/23 | WRDW |
| 9/26/22 | CRIMINAL BACKGROUND CHECK |
| 9/27/22 | city of aiken active warrants<br>city of aiken warrants<br>hurricane ian<br>new hotel in houston the hyatt regency<br>WRDW |
| 9/28/22 | COUNTRY WESTERN STORES IN AUGUSTA GA |

## YouTube

| Date | Search |
|---|---|
| 1/10/23 | how to make a spread sheet showing income, expenses and profit and loss<br>q training<br>q training spread sheet<br>q training spreadsheet tutorial |

## YouTube Videos Played

Estimated amount of time ("Played", as *hours:minutes:seconds*) the user played the listed video.

| Date | Played | Title; Channel |
|---|---|---|
| 10/24/22 | 0:01:10 | My accountant died… I owed 22 million dollars 😱<br>The Official Steve Harvey |
| 10/24/22 | 0:01:54 | 5 - Hundreds gather around "One Table" for Thanksgiving in Aiken, South Carolina<br>WJBF |
| 11/2/22 | 0:04:28 | Deliver Me (This Is My Exodus)<br>The Tri-City Singers - Topic |
| 11/15/22 | 0:05:14 | Hear call proving senior officer was told of kids trapped with Uvalde shooter<br>CNN |
| 1/4/23 | 0:00:10 | How Familiar Are You With Excel Cell Modes? (Ready, Enter, Point, Edit)<br>Leila Gharani |

| Date | Played | Title; Channel |
|---|---|---|
| 1/4/23 | 0:01:22 | Create an Awesome Budget Dashboard with Data Studio & Google Sheets | Google Data Studio Tutorial<br>Work Smarter Not Harder |
| 1/4/23 | 0:01:30 | Excel Cell Reference: Absolute, Relative or Mixed?<br>Leila Gharani |
| 1/4/23 | 0:20:20 | Excel Tutorial for Beginners | Excel Made Easy<br>Leila Gharani |
| 1/4/23 | 0:43:36 | Excel Budget Template | Automate your budget in 15 minutes<br>Work Smarter Not Harder |
| 1/5/23 | 0:00:20 | Bookkeeping for Small Business - Excel Tutorial - Part 1 - Invoice Tracking - Bookkeeping Training<br>DCP Web Designers |
| 1/5/23 | 0:00:26 | Fast Basic Bookkeeping for Small Business! (Excel Template) PART 2b<br>Karley Beadman |
| 1/5/23 | 0:01:22 | Intermediate Excel Skills, Tips, and Tricks Tutorial<br>Technology for Teachers and Students |
| 1/5/23 | 0:04:47 | Fast Basic Bookkeeping for Small Business! (Excel Template) PART 1<br>Karley Beadman |
| 1/5/23 | 0:05:59 | Create a Bookkeeping Spreadsheet in Excel in 10 minutes<br>Mr.SpreadSheet |
| 1/5/23 | 0:58:38 | Excel for Beginners - The Complete Course<br>Technology for Teachers and Students |
| 1/9/23 | 0:00:10 | Cash flow statement basics | 3 types of Cash Flow Statement explained #mykeltheentrepreneur<br>Mykel the Entrepreneur |
| 1/9/23 | 0:22:55 | Basic Bookkeeping Spreadsheet Template<br>QTraining |
| 1/9/23 | 0:22:57 | Bookkeeping for small business DIY | Using excel #excelforbusiness #bookkeeping #excelbeginners<br>Mykel the Entrepreneur |
| 1/10/23 | 0:00:10 | Bookkeeping for Small Business - Excel Tutorial - Part 3 - Expenditure Tracking<br>DCP Web Designers |
| 1/10/23 | 0:00:20 | Bookkeeping for small business DIY | Using excel #excelforbusiness #bookkeeping #excelbeginners<br>Mykel the Entrepreneur |
| 1/10/23 | 0:00:20 | How to track business expenses and income using Excel template<br>Inspired Analyst |
| 1/10/23 | 0:00:27 | Excel Build an Income Statement<br>Chad Pavel |
| 1/10/23 | 0:00:40 | How to Process Payroll in MYOB<br>QTraining |
| 1/10/23 | 0:04:04 | Microsoft Excel Tutorial -  Beginners Level 1<br>Teacher's Tech |
| 1/10/23 | 0:46:55 | Basic Bookkeeping Spreadsheet Template<br>QTraining |
| 1/11/23 | 0:00:10 | Excel Checkbook Register Spreadsheet - Tracking Your Credit Card Debt<br>nicein2000 |
| 1/11/23 | 0:00:20 | 5 Best Apps to Max Out Your Credit Card Cash Back<br>BeatTheBush |

| Date | Played | Title; Channel |
|---|---|---|
| 1/11/23 | 0:00:20 | How to Use PRIORITY PASS (Beginner's Guide)<br>Mark Reese // Credit & Finance |
| 1/11/23 | 0:00:20 | Accounting Basics For Small Business Owners<br>Bench Accounting |
| 1/11/23 | 0:00:35 | Bookkeeping Deep Dive 1<br>Halon Tax |
| 1/11/23 | 0:00:44 | Bookkeeping 101 \| Bookkeeping Basics and Tips for Business Owners<br>MA Small Business Development Center Network |
| 1/11/23 | 0:02:08 | How to Climb the CREDIT CARD Ladder in 2022<br>Ben Hedges |
| 1/11/23 | 0:03:44 | 10 Mistakes You Are Making With Your American Express Card<br>Ben Hedges |
| 1/11/23 | 0:07:45 | Bookkeeping Basics for Small Business Owners<br>Bench Accounting |
| 1/11/23 | 0:34:04 | Bookkeeping Basics<br>Halon Tax |
| 1/12/23 | 0:00:20 | Bookkeeping for Small Business - Excel Tutorial - Part 3 - Expenditure Tracking<br>DCP Web Designers |
| 1/12/23 | 0:00:20 | How to create Ultimate Personal Budget in Excel<br>The Office Lab |
| 1/12/23 | 0:00:29 | Bookkeeping Basics<br>Halon Tax |
| 1/12/23 | 0:01:22 | Creating a Family Budget with Excel<br>Technology for Teachers and Students |
| 1/12/23 | 0:01:35 | Quickly Customize the Quick Access Toolbar in Excel, Word, and PowerPoint<br>Technology for Teachers and Students |
| 1/12/23 | 0:08:20 | Create Custom Headers and Footers in Excel<br>Technology for Teachers and Students |
| 1/12/23 | 1:00:01 | Excel for Beginners - The Complete Course<br>Technology for Teachers and Students |
| 1/17/23 | 0:00:10 | Bookkeeping Basics<br>Halon Tax |
| 1/17/23 | 0:05:52 | How To Pay Off Credit Card Debt - 3 Strategies for Relief (GUIDE)<br>CreditCards.com |
| 1/17/23 | 0:11:12 | Create Custom Headers and Footers in Excel<br>Technology for Teachers and Students |
| 1/17/23 | 0:53:57 | Basic Bookkeeping Spreadsheet Template<br>QTraining |
| 1/17/23 | 0:56:50 | Excel for Beginners - The Complete Course<br>Technology for Teachers and Students |

**Emails**

Identified emails since June 1, 2021 appearing to be related to the user's outside business ventures. *(Attached: PDFs of the referenced emails)*

| Time | Sender | Recipient(s) | Subject | Attachment(s) |
|---|---|---|---|---|
| 6/30/21 14:12 | beasplacellc@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: TreSounds/Walker Contract 07.24.2021 | Walker 07.24.2021.pdf |
| 7/14/21 13:51 | AHaltiwanger@securityfederalbank.com | mjohnson977@gmail.com<br>alishajohnson1019@gmail.com<br>alisha.johnson@srs.gov | [EXTERNAL] MJOHNSON ENTERPRISES LLC Policy Number: CPS3960243 - Inspection Recommendations | REC.pdf |
| 8/16/21 10:28 | AHaltiwanger@securityfederalbank.com | alishajohnson1019@gmail.com<br>alisha.johnson@srs.gov | [EXTERNAL] Please sign for inspection | Sprt01-15621081610320.pdf |
| 8/16/21 15:03 | alisha.johnson@srs.gov | AHaltiwanger@securityfederalbank.com | RE: Please sign for inspection | MJ FEDOC.pdf |
| 8/26/21 12:09 | AHaltiwanger@securityfederalbank.com | mjohnson977@gmail.com<br>cc: alishajohnson1019@gmail.com<br>alisha.johnson@srs.gov | [EXTERNAL] RE: MJohnson Enterprises | CPS3960243.pdf |
| 8/30/21 14:19 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: MJohnson Enterprises | CPS3960243.pdf |
| 9/22/21 12:05 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com<br>twinsdeeky@yahoo.com | RE: TRAINING | 4506-T 2018 2019.pdf |
| 10/11/21 7:33 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | Fwd: Scanned from a Xerox Multifunction Printer | Scanned from a Xerox Multifunction Printer.pdf |
| 10/11/21 7:37 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | Fwd: Scanned from a Xerox Multifunction Printer | Scanned from a Xerox Multifunction Printer.pdf |
| 10/11/21 8:01 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | 4506-T UPDATED | 4506T- UPDATED.pdf |
| 11/29/21 9:21 | AHaltiwanger@securityfederalbank.com | alisha.johnson@srs.gov | RE: [EXTERNAL] LLI | Sprt01-15621112910270.pdf |
| 11/29/21 9:59 | alisha.johnson@srs.gov | AHaltiwanger@securityfederalbank.com | RE: [EXTERNAL] LLI | Scanned from a Xerox Multifunction Printer.pdf |
| 11/30/21 16:50 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com<br>cc: twinsdeeky@yahoo.com | LL APP | Sprt01-15621112910270.pdf |
| 12/14/21 11:29 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: Bea's Place, TBD | ACORD Form 20211214-112503.pdf<br>Bea's NLL.pdf |
| 12/14/21 12:04 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | DOCS | LL-GL INS DOCS.pdf |
| 12/15/21 10:36 | alisha.johnson@srs.gov | AHaltiwanger@securityfederalbank.com<br>cc: alishajohnson1019@gmail.com | CANCELLATION FORM | SF GLI CANCELLATION FORM.pdf |

| Time | Sender | Recipient(s) | Subject | Attachment(s) |
|---|---|---|---|---|
| 1/3/22 12:30 | beasplacellc@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: Columbia on premise brochure with pricing 2020.pdf | Columbia on premise brochure with pricing 2020.pdf |
| 1/3/22 13:23 | alisha.johnson@srs.gov | Marvin02.Johnson@srs.gov | FYI | Columbia on premise brochure with pricing 2020.pdf |
| 1/6/22 14:17 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com twinsdeeky@yahoo.com | FW: Sent From a Xerox Multi-Function Printer | Xerox Multi-Function Printer_01062022141540.pdf |
| 1/26/22 10:32 | beasplacellc@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: Frontline price list | 2021-2 FRONT LINE PRICE SHEET.xlsx |
| 1/26/22 11:50 | beasplacellc@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: I am sharing '2021-2 FRONT LINE PRICE SHEET' with you | 2021-2 FRONT LINE PRICE SHEET.xlsx |
| 2/24/22 17:05 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | DOCS NEEDED | JW LEASE 1OF3.pdf JW LEASE 2OF3.pdf JW LEASE 3OF3.pdf JW ID.pdf JWIDNER NTPR.pdf JW POI.pdf |
| 3/23/22 9:41 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: new logo in usable formats | 306 On York LOGO.eps 306 On York LOGO.pdf 306-On-York-LOGO.jpg 306-On-York-LOGO.png |
| 5/24/22 10:50 | mjohnson977@gmail.com | twinsdeeky@yahoo.com alisha.johnson@srs.gov | [EXTERNAL] Fwd: ABL Application | |
| 5/25/22 21:34 | mjohnson977@gmail.com | twinsdeeky@yahoo.com alisha.johnson@srs.gov | [EXTERNAL] Fwd: Aiken County 911 Addressing Notification: 218 Hampton Ave NE | 218 Hampton Ave NE address change letter.pdf 218 Hampton Ave NE.pdf Assessor Address Change Form.pdf |
| 5/31/22 11:39 | alisha.johnson@srs.gov | mjohnson977@gmail.com | Information requested | Beas Place Permanent closing form.pdf Sales tax app-current address.pdf |
| 6/1/22 12:04 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | information | 1st Sunday Brunch.pdf |
| 6/14/22 14:35 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] | LL Rye Patch 6-18-2022.pdf |

| Time | Sender | Recipient(s) | Subject | Attachment(s) |
|---|---|---|---|---|
| 6/14/22 14:38 | alisha.johnson@srs.gov | JOpfer@cityofaikensc.gov<br>Cc: ACoffey@cityofaikensc.gov | FW: [EXTERNAL] | LL Rye Patch 6-18-2022.pdf |
| 6/15/22 13:12 | alisha.johnson@srs.gov | mjohnson977@gmail.com<br>Marvin02.Johnson@srs.gov | Food for thought | food for thought.docx |
| 6/16/22 11:10 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: (Apollo) Bea's Place - Policy | Bea's Place Aiken.pdf |
| 6/20/22 12:14 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: 306 on York | BUR_Liquor Liab Supplemental Application - GSG-G-LL 01 22.doc<br>BUR_Rest Bar Tavern Supp App BG-F-377 01 22 (2).docx |
| 6/20/22 13:20 | mjohnson977@gmail.com | enick@stromlaw.com<br>cc: alisha.johnson@srs.gov | [EXTERNAL] Beas place | attachment 1.pdf |
| 6/20/22 13:23 | mjohnson977@gmail.com | enick@stromlaw.com<br>alisha.johnson@srs.gov | [EXTERNAL] Beas place 2 | attachment 1.pdf |
| 6/20/22 14:25 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | INFO REQUESTED | MJOHNSON 3.pdf<br>MJOHNSON4.pdf |
| 6/20/22 15:19 | alisha.johnson@srs.gov | scsmallcommercial@dominionenergy.com<br>cc: mjohnson977@gmail.com | APPLICATION | Scanned from a Xerox Multifunction Printer.pdf |
| 6/21/22 15:59 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] FYI | 306 on York app.pdf |
| 6/21/22 16:18 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | LLI | UPDATED LLI.pdf |
| 6/21/22 16:36 | alisha.johnson@srs.gov | timmie.moody@srs.gov | FW: [EXTERNAL] FYI | 306 on York app.pdf |
| 6/22/22 10:22 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: 306 on York - Quote | IR_QT_NEW_OWNER110001.pdf<br>306 on York acords.pdf<br>Beas place LPR.pdf |
| 6/22/22 10:32 | mjohnson977@gmail.com | alisha.johnson@srs.gov<br>twinsdeeky@yahoo.com | [EXTERNAL] Fwd: DHEC Retail Food Establishment Information | Planning Resource.pdf<br>Retail Food Establishment Application Packet.pdf |
| 6/22/22 10:57 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | ATTACHMENTS | IR QT NEW OWNER110001.pdf<br>Bs PLACE LPR.pdf<br>306ON YORK ACORDS.pdf |
| 6/22/22 14:26 | scsmallcommercial@dominionenergy.com | alisha.johnson@srs.gov<br>cc: mjohnson977@gmail.com | [EXTERNAL] RE: APPLICATION/dl 6/22/2022 | |

Official Use Only

| Time | Sender | Recipient(s) | Subject | Attachment(s) |
|---|---|---|---|---|
| 6/23/22 13:54 | alisha.johnson@srs.gov | info@danejagraphix.com<br>cc: alishajohnson1019@gmail.com | New Menu- | food for thought.docx<br>food for thought.pdf |
| 6/23/22 15:15 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] | TBW.pdf |
| 6/23/22 15:23 | alisha.johnson@srs.gov | jandfbarsupplies@gmail.com<br>cc: mjohnson977@gmail.com<br>306onyork@gmail.com | FW: [EXTERNAL] | TBW.pdf |
| 6/23/22 16:04 | jandfbarsupplies@gmail.com | alisha.johnson@srs.gov | Re: [EXTERNAL] | TBW.pdf |
| 6/29/22 11:07 | info@danejagraphix.com | alisha.johnson@srs.gov<br>cc: twinsdeeky@yahoo.com | [EXTERNAL] Re: New Menu- | 306 On York MENU 1 2022.jpg<br>306 On York MENU 2 2022.jpg<br>306 On York MENU 2022.pdf |
| 6/29/22 12:44 | alisha.johnson@srs.gov | mjohnson977@gmail.com | FW: [EXTERNAL] Re: New Menu- | 306 On York MENU 1 2022.jpg<br>306 On York MENU 2 2022.jpg<br>306 On York MENU 2022.pdf |
| 7/20/22 10:29 | mjohnson977@gmail.com | Marvin02.Johnson@srs.gov<br>alisha.johnson@srs.gov | [EXTERNAL] Amusement | ViewFile.pdf |
| 7/27/22 8:42 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: ATL DreamVision Performance contract | 306 York.docx |
| 8/3/22 15:50 | mjohnson977@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] A+ | 306 ON YORK-Aug 2 2022 1123AM.pdf |
| 8/9/22 20:00 | mjohnson977@gmail.com | alisha.johnson@srs.gov<br>twinsdeeky@yahoo.com | [EXTERNAL] $5 | IMG_0975.PNG |
| 8/9/22 22:26 | mjohnson977@gmail.com | twinsdeeky@yahoo.com<br>alisha.johnson@srs.gov | [EXTERNAL] Fwd: MJOHNSON ENTERPRISES LLC - policy expiration 8/31/2022 | Sprt01-15622080909050.pdf |
| 8/11/22 19:36 | mjohnson977@gmail.com | twinsdeeky@yahoo.com<br>alisha.johnson@srs.gov | [EXTERNAL] $5 | IMG_0989.jpg |
| 8/12/22 11:23 | alisha.johnson@srs.gov | EPreston@stromlaw.com<br>Cc: alishajohnson1019@gmail.com<br>mjohnson977@gmail.com | MARVIN JOHNSON | IMG_0989.jpg |
| 8/12/22 11:35 | alisha.johnson@srs.gov | EPreston@stromlaw.com<br>Cc: mjohnson977@gmail.com<br>alishajohnson1019@gmail.com | DHEC INSP REPORT- MARVIN JOHNSON | 306 ON YORK-Aug 2 2022 1123AM.pdf |

01AM000011
24064.0083

| Time | Sender | Recipient(s) | Subject | Attachment(s) |
|---|---|---|---|---|
| 8/12/22 12:18 | alisha.johnson@srs.gov | EPreston@stromlaw.com<br>Cc: alishajohnson1019@gmail.com<br>mjohnson977@gmail.com | ABL AFFADAVITS; UPDATED LEASE AGREEMENT MARVIN JOHNSON | 306 LEASE AGREEMENT.pdf<br>306 AFFADAVITS.pdf |
| 8/15/22 15:40 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: SCE135473: You have received an important message from SC Stay Plus | |
| 8/31/22 11:06 | AHaltiwanger@securityfederalbank.com | MJOHNSON977@GMAIL.COM<br>Cc: alishajohnson1019@gmail.com<br>alisha.johnson@srs.gov | [EXTERNAL] Policy Expiring TODAY | Sprt01-15622080909050.pdf |
| 9/22/22 9:32 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] | 26271.jpg |
| 9/22/22 10:39 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: South Carolina Department of Revenue - BEA's Place | Penalty Waiver-.pdf |
| 9/26/22 15:15 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: Appeal - ABL Notice of Denial | ABL920 (Rev. 8.13.21) - A. Johnson.pdf<br>ABL946 (Rev. 8.13.21) - 36 George - A. Johnson.pdf |
| 9/26/22 15:28 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: Bea's Place, LLC & 306 on York, LLC | Bea's Place LLC Consent Agrmnt.pdf<br>ABL920 (Rev. 8.13.21) - A. Johnson.pdf<br>ABL946 (Rev. 8.13.21) - A. Johnson.pdf |
| 10/6/22 8:42 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: ABL LICENSE FOR 306 ON YORK | Stipulation - M Johnson dba 306 On York.pdf |
| 10/6/22 8:50 | alisha.johnson@srs.gov | EPreston@stromlaw.com<br>Cc: mjohnson977@gmail.com<br>alishajohnson1019@gmail.com | SIGNED DOCUMENT REQUESTED | Stipulation- M. Johnson dba 306 On York.pdf |
| 10/6/22 8:59 | alisha.johnson@srs.gov | EPreston@stromlaw.com<br>Cc: mjohnson977@gmail.com<br>alishajohnson1019@gmail.com | RE: SIGNED DOCUMENT REQUESTED | 2022_10_06_08_58_44.pdf |
| 10/6/22 9:14 | EPreston@stromlaw.com | alisha.johnson@srs.gov<br>jalphin@stromlaw.com<br>cc: mjohnson977@gmail.com<br>alishajohnson1019@gmail.com | [EXTERNAL] RE: SIGNED DOCUMENT REQUESTED | 2022_10_06_08_58_44.pdf |

01AM000012
24064.0083

| Time | Sender | Recipient(s) | Subject | Attachment(s) |
|---|---|---|---|---|
| 10/6/22 9:54 | EPreston@stromlaw.com | alisha.johnson@srs.gov<br>mjohnson977@gmail.com<br>cc: alishajohnson1019@gmail.com<br>jalphin@stromlaw.com | [EXTERNAL] RE: SIGNED DOCUMENT REQUESTED | Fully Executed Stip Agrmnt - 306 on York.pdf |
| 10/6/22 15:04 | alisha.johnson@srs.gov | EPreston@stromlaw.com<br>mjohnson977@gmail.com<br>Cc: alishajohnson1019@gmail.com<br>jalphin@stromlaw.com | RE: SIGNED DOCUMENT REQUESTED | jan admissions.pdf |
| 10/6/22 15:24 | alisha.johnson@srs.gov | kizzy.jefferson@dor.sc.gov<br>cc: EPreston@stromlaw.com | Jan Admissions | jan admissions.pdf |
| 10/6/22 15:47 | alisha.johnson@srs.gov | Kizzy.Jefferson@dor.sc.gov | RE: Jan Admissions | jan adm.pdf<br>adm feb.pdf |
| 10/6/22 16:07 | EPreston@stromlaw.com | alisha.johnson@srs.gov<br>mjohnson977@gmail.com<br>cc: jalphin@stromlaw.com | [EXTERNAL] RE: Jan Admissions | 109245371 Approvals.pdf |
| 10/29/22 12:36 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov<br>marvin.johnson@srs.gov | [EXTERNAL] Training | IMG_0195.jpg<br>IMG_0194.jpg |
| 10/29/22 13:47 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov<br>marvin.johnson@srs.gov | [EXTERNAL] Training | MayHem's HOOKAH PROMO 2022.jpg |
| 10/29/22 13:47 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov<br>marvin.johnson@srs.gov | [EXTERNAL] Training | 306 On York BRUNCH MENU 2022.jpg |
| 11/10/22 10:06 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: SPONSORED Thanksgiving Meal Flyer | FREE THANKSGIVING DINNER 2022.jpg |
| 1/9/23 15:00 | alishajohnson1019@gmail.com | alisha.johnson@srs.gov | [EXTERNAL] Fwd: Flyer (and flyer #5 for last order) | 306 ON YORK R&B and Soul After Work Happy Hour 2023.jpg<br>306 ON YORK JAN 6TH 2023.jpg |
| 1/10/23 16:16 | alisha.johnson@srs.gov | alishajohnson1019@gmail.com | HOMEWORK | BEAS2022.xlsx<br>306- JANUARY23.xlsx |
| 1/11/23 12:34 | alisha.johnson@srs.gov | mjohnson977@gmail.com<br>alishajohnson1019@gmail.com | HOMEWORK | THE JOHNSONS MONTHLY BUDGET.xlsx<br>BEAS2022.xlsx<br>306- JANUARY23.xlsx |
| 1/11/23 13:55 | alisha.johnson@srs.gov | barnesdkn@gmail.com | FW: HOMEWORK | THE JOHNSONS MONTHLY BUDGET.xlsx<br>BEAS2022.xlsx<br>306- JANUARY23.xlsx |

01AM000013
24064.0083

**Local Files**

Files discovered on the user's computer relating to outside business ventures that were created, modified, accessed, or printed since November 18, 2021. *(Attached: reference files)*

| | |
|---|---|
| **Filename** | **306- JANUARY23.xlsx** |
| Size (KB) | 31.5 |
| File System Created | 1/10/2023 11:48 |
| Path | C:\Users\a2765\Desktop\HOMEWORK |
| | |
| **Filename** | **306 LEASE AGREEMENT.pdf** |
| Size (KB) | 434.8 |
| File System Created | 8/12/2022 12:09 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **306 LEASE.pdf** |
| Size (KB) | 129 |
| File System Created | 8/12/2022 12:11 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **adm feb.pdf** |
| Size (KB) | 89.9 |
| File System Created | 10/6/2022 15:47 |
| Path | C:\Users\a2765\Desktop |
| | |
| **Filename** | **ASJ.docx** |
| Size (KB) | 12.2 |
| File System Created | 2/3/2022 16:08 |
| Last Printed | 2/3/2022 16:07 |
| Path | C:\Users\a2765\Desktop\ASJ PD |
| | |
| **Filename** | **BEAS INVENTORY REPORT.docx** |
| Size (KB) | 48.7 |
| File System Created | 11/18/2021 9:15 |
| Last Printed | 10/26/2022 14:45 |
| Path | C:\Users\a2765\Documents |
| | |
| **Filename** | **Beas Place Permanent closing form.pdf** |
| Size (KB) | 51.5 |
| File System Created | 5/31/2022 11:34 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **BEAS2022.xlsx** |
| Size (KB) | 16.1 |
| File System Created | 1/10/2023 16:13 |
| Path | C:\Users\a2765\Desktop\HOMEWORK |
| | |
| **Filename** | **FACILITY RENTAL CONTRACT OF beas.docx** |
| Size (KB) | 136.6 |
| File System Created | 11/18/2021 9:15 |
| Last Printed | 3/30/2021 9:04 |

| | |
|---|---|
| Path | C:\Users\a2765\Documents |
| | |
| **Filename** | **IR QT NEW OWNER110001.pdf** |
| Size (KB) | 308.9 |
| File System Created | 6/22/2022 10:49 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **J WIDNER.pdf** |
| Size (KB) | 10,701.90 |
| File System Created | 2/24/2022 16:36 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **jan adm.pdf** |
| Size (KB) | 88.6 |
| File System Created | 10/6/2022 15:46 |
| Path | C:\Users\a2765\Desktop |
| | |
| **Filename** | **jan admissions.pdf** |
| Size (KB) | 621.5 |
| File System Created | 10/6/2022 15:01 |
| Path | C:\Users\a2765\Desktop |
| | |
| **Filename** | **JANDD.docx** |
| Size (KB) | 14.5 |
| File System Created | 1/18/2022 15:44 |
| Last Printed | 1/18/2022 15:43 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **JW IDENTIFICATION.pdf** |
| Size (KB) | 270.4 |
| File System Created | 8/3/2022 16:24 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **JW LEASE 1OF3.pdf** |
| Size (KB) | 2,428.80 |
| File System Created | 2/24/2022 17:00 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **JW LEASE.pdf** |
| Size (KB) | 7,715.60 |
| File System Created | 2/24/2022 16:54 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **LEDGER.pdf** |
| Size (KB) | 2,134.90 |
| File System Created | 8/15/2022 16:07 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **LL-GL INS DOCS.pdf** |
| Size (KB) | 8,461.90 |
| File System Created | 12/14/2021 12:01 |

01AM000015
24064.0083

| | |
|---|---|
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **NFCU 98.pdf** |
| Size (KB) | 108.8 |
| File System Created | 12/13/2021 12:41 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **NOVEMBER306.docx** |
| Size (KB) | 40.3 |
| File System Created | 10/24/2022 13:14 |
| Path | C:\Users\a2765\Documents |
| | |
| **Filename** | **NOVEMBER306.pdf** |
| Size (KB) | 96.4 |
| File System Created | 10/24/2022 13:14 |
| Path | C:\Users\a2765\Documents |
| | |
| **Filename** | **PDF.pdf** |
| Size (KB) | 80.4 |
| File System Created | 9/22/2022 7:49 |
| Path | C:\Users\a2765\Desktop\ASJ PD |
| | |
| **Filename** | **Scanned from a Xerox Multifunction Printer.pdf** |
| Size (KB) | 236.7 |
| File System Created | 11/29/2021 9:57 |
| Path | C:\$Recycle.Bin\S-1-5-21-1438870363-1312713665-1640847306-40545 |
| | |
| **Filename** | **SF GLI CANCELLATION FORM.pdf** |
| Size (KB) | 883.5 |
| File System Created | 12/15/2021 10:33 |
| Path | C:\Users\a2765\Desktop\ASJ PD |
| | |
| **Filename** | **Stipulation- M. Johnson dba 306 On York.pdf** |
| Size (KB) | 335.1 |
| File System Created | 10/6/2022 8:47 |
| Last Printed | |
| Path | C:\Users\a2765\Desktop |
| | |
| **Filename** | **UPDATED LLI.pdf** |
| Size (KB) | 1,118.10 |
| File System Created | 6/21/2022 16:13 |
| Path | C:\Users\a2765\Desktop\ASJ PD |

## Conclusions

Forensics reviewed computer activity, logs, and emails by user A2765 since June 2021 to identify the misuse of government-owned equipment for outside business activity. Twenty-seven files saved to the user's computer and more than 80 emails were identified as relating to a business owned or ran by Alisha Barnes Johnson or husband Marvin Johnson, including 306 On York, Bea's Place (sometimes referred to as B's), Barnes Mobile Home Park, and MJ Enterprises.

## Authorization

**From:** William Carter <William.Carter@srs.gov>
**Sent:** Monday, January 30, 2023 10:00 AM
**To:** Cheryl Burnett <cheryl.burnett@srs.gov>
**Cc:** Joshua Wright <Joshua.Wright@srs.gov>
**Subject:** Request for Forensic Examination/Image

Cheryl,

Good morning, I hope all is going well for you. In May 2021 Cyber (Josh) assisted us with a Forensic Examination for user ID A2765, assigned to Alisha Johnson, and we were able to substantiate a misuse of government resources by her use of her government computer, gov e-mail, and gov cell phone to facilitate a personal business. Recently, we have obtained information indicating additional use may have occurred. I would like to request that another Image or Examination be conducted to determine if computer resources were misused by Johnson after the May 2021 time frame. I will be able to significantly narrow the time frame near the end of this week but would like to preserve any evidence on her profile as it exists now. Please let me know if you have any questions or require additional information.

Thank you,

Bill Carter
Lead Investigator
Office of General Counsel
Savannah River Nuclear Solutions
Office: (803) 952-6934
SRS Cell: (803) 646-8792

## Forensic Forms



**Forensic Collection Form**

| | | | |
|---|---|---|---|
| Case #: ECSO-2301-003 | Examiner: Joshua Wright/i7596 | Date: 01/30/2023 | Evidence #: ELI00469552 |

**Evidence Type**     **Evidence Information**

☑ Desktop       Make: Dell            Model: OptiPlex 3060     S/N: CPHNZV2
☐ Laptop        Asset Tag: ELI00469552    Shutdown: ■ N/A  ☐ Already off  ☐ Soft  ☐ Hard
☐ Server        IP Address: 10.64.56.74
☐ Phone/Tablet  CMOS Date/Time: _____   Current Date/Time: _____
☐ External Media  Passwords/Encryption: _____
                Collection Method: ■ EnCase Remote Image   ☐ Seized
                Memory Imaged ☐

**Evidence Media 1**

Make: _____    Model: _____    S/N: _____    Size: _____

Imaging Device:  ☐ Tableau TX1   TD S/N: _____
                 ☐ Tableau Ultra Bay   Fred Workstation: FRED-2    Encase Version: 22.1
                 ☐ FTK Imager Version: _____   ■ Other: EnCase Remote Image
Write Block Settings verified: ___ (Initials)   Image File Name/Directory: _____
Destination Drive Make _____   Model: _____   S/N: _____

Hash Value ☐ Captured in acquisition report, last six characters: N/A - Logical    ☐ MD5  ☐ SHA1
           ☐ Verified

**Evidence Media 2**

Make: _____    Model: _____    S/N: _____    Size: _____

Imaging Device   ☐ Tableau TX1   TD S/N _____
                 ☐ Tableau Ultra Bay   Fred Workstation: _____    Encase Version: _____
                 ☐ FTK Imager Version _____    ☐ Other _____
Write Block Settings verified: ___ (Initials)   Image File Name/Directory: _____
Destination Drive Make _____   Model: _____   S/N: _____

Hash Value ☐ Captured in acquisition report, last six characters: _____    ☐ MD5  ☐ SHA1
           ☐ Verified

**Notes:**
Remote image of computer ELI00469552 used by A2765 taken with EnCase Endpoint Investigator version 22.1 on forensic workstation FRED-2 and saved to internal RAID.