# EXHIBIT P

**Documents Reviewed**

- EEOC Charge of Discrimination
- History of Disciplinary Action for Alisha Johnson
- Annual Performance Review for Alisha Johnson from 2020
- Annual Performance Review for Alisha Johnson from 2021
- Annual Performance Review for Alisha Johnson from 2022
- Notes from a Meeting with Alisha Johnson, Management, and HR
- Informative Contact Issued to Alisha Johnson
- Informative Contact Issued to Terry Stoudemire

**Details of Investigation**

At the onset of this investigation, this investigator reviewed the *Charge of Discrimination* that was submitted on behalf of Alisha Johnson, former SRNS Employee. It is alleged in this document that Johnson was discriminated against, by SRNS, with regard to not being promoted to either of two positions that became "vacant" in June 2022. The positions, identified in the charge as a spot manager and lead planner, were both filled by white, male employees according to information contained in the document. It is also alleged that Johnson was required to train one of the successful candidates because he was not qualified to be a Work Window Manager (the job that Johnson held at the time).

It is further alleged in the charge that Johnson brought this discrimination to the attention of her upper management, and they acknowledge the process was "handled incorrectly." It is indicated that Johnson sought to be transferred out of the maintenance department due to what she described as a "good ole boy" system. She further alleged that her co-workers in the maintenance department "consistently" used "racial slurs." She cited an incident during which she and Terry Stoudemire, Senior Planner/Scheduler, H Canyon Team WPMC, were engaged in a conversation which she claims was racially motivated on his part. She advises that she was disciplined for her involvement but was unsure as to whether Stoudemire was disciplined.

Johnson also mentions, in the charge, what she refers to as a meeting with three members of the SRNS Office of General Counsel (OGC) on February 02, 2023. This is likely a reference to a meeting that Johnson had with Special Agents from the Office of Inspector General (OIG) as SRNS OGC did not meet with her regarding any use of her government computer to apply for Government Paycheck Protection Program (PPP). The use of her government computer in applying for PPP Loans was not investigated by SRNS and was not a relevant part of any Discipline Review Board (DRB) nor disciplinary action.

As the charge continues, Johnson acknowledges that she violated the SRNS Policy pertaining to the use of her government computer for activity related to her personal business. She asserts that she did not know this action violated SRNS Policy, however, this is the same policy for which she received a corrective contact, and was counseled on, following her violation in May of 2021.