IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alisha Johnson, | ) | Case No. 1:24-cv-02612-JDA-PJG |
| | ) | |
| Plaintiff, | ) | **CONSENT MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| v. | ) | **TO FILE REPLY BRIEF AND** |
| | ) | **OF MEDIATION DEADLINE** |
| Savannah River Nuclear Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

  Pursuant to Rule 6(b), F.R.C.P., and Local Civil Rule 6.01, D.S.C., Defendant Savannah River Nuclear Solutions, LLC respectfully moves the Court, with Consent of Plaintiff, for an order extending Defendant's time to file its reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment by seven days, from August 4, 2025, to August 11, 2025. The grounds for this motion are counsel's pressing obligations in other matters. This deadline has not previously been extended and will not affect other deadlines. Plaintiff was previously granted a thirty-day extension of time for filing her Memorandum in Opposition to Defendant's Motion for Summary Judgment.

  Additionally, the parties jointly move for an extension of the deadline to complete mediation, from August 11, 2025 to September 4, 2025. Due to scheduling issues, the parties were not able to timely schedule mediation but have since been able to secure a mediator and have scheduled mediation for September 4, 2025. This deadline has not previously been extended and will not affect other deadlines.

2

<u>WE SO MOVE AND CONSENT:</u>

<u>s/ Jillian M. Lesley</u>
Julius W. Babb IV (Fed. ID No. 10500)
jay@cromerbabb.com
Jillian M. Lesley (Fed. ID No. 14090)
jill@cromerbabb.com
CROMER BABB & PORTER, LLC
1418 Laurel Street, Ste. A
Post Office Box 11675
Columbia, South Carolina 29211
Telephone: (803) 799-9530
Facsimile: (803) 799-9533

ATTORNEYS FOR PLAINTIFF

<u>s/ Shahin Vafai</u>
Phillips L. McWilliams (Fed. ID No. 11992)
pmcwilliams@fisherphillips.com
Shahin Vafai (Fed. ID No. 7518)
svafai@fisherphillips.com
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

ATTORNEYS FOR DEFENDANT

July 29, 2025.