```
        IN THE UNITED STATES DISTRICT COURT
           DISTRICT OF SOUTH CAROLINA
                 AIKEN DIVISION

                         CASE NO.:  3:22-cv-03898-MGL

Alisha Johnson,                    )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )
                                   )
Savannah River Nuclear             )
Solutions,                         )
                                   )
        Defendant.                 )
```

DEPOSITION OF

ALISHA JOHNSON

\*\*\*\*\*\*\*\*

Wednesday, January 8, 2025

10:00 a.m. - 6:40 p.m.

The deposition of ALISHA JOHNSON was taken on behalf of the Defendant at the law offices of Fisher & Phillips, LLP, 1320 Main Street, Suite 750, Columbia, South Carolina, on the 8th day of January, 2025, before Cassandra E. Vance, Court Reporter and Notary Public in and for the State of South Carolina, pursuant to Notice of Deposition.

```
 1      on."
 2           And when I told him that I thought that I
 3      didn't get the position because of my skin color
 4      and because I'm a woman, he immediately set up a
 5      meeting with David Hart who was his supervisor,
 6      Tamara, who is HR, Porter, and myself.
 7   Q  And Tamara, is that Blankenship or...
 8   A  That's correct.  It's Blankenship.
 9   Q  And who else was the person you met with?
10   A  David Hart.
11   Q  And that's Eddie Bodie's supervisor?
12   A  That's correct.
13   Q  And do you remember when the meeting with
14      Tamara Blankenship, David Hart, Eddie Bodie, and
15      Porter Youngblood occurred?
16   A  Sometime after that.  It may be September.
17      I'm not sure exactly when it was, but it was
18      sometime after that.
19   Q  So you think like early fall of 2023 sounds
20      about right?
21   A  I think it would be 2022.
22   Q  2022, excuse me, yes.
23   A  Somewhere.
24   Q  Okay. All right.  So tell me about the
25      meeting -- well, let's see.  Tell me about the
```

1    MR. BABB: Object -- hold on.  Object to
2    the form of question.  Now you answer.
3    A    I understand that.  However, that's why I
4    told the investigator what I was doing and why I
5    was doing it.
6         What I got from the Internet was that I was
7    not being truthful.  That's what came out in my --
8    in the board -- the...
9    Q    Disciplinary Review Panel?
10   A    Yeah.  He said then that I was not being
11   truthful.  And I cannot make somebody believe me,
12   but what I do stand on is, I'll be the first one
13   to raise my hand, and I was being as truthful as I
14   could be.
15        And I get what you're saying, hypothetically
16   looking.  But, again, from me and how I operate,
17   and how I learn and comprehend, that's what I had
18   to do for me.
19        You can look back and see.  If I would have
20   been on the computer doing anything from June
21   up -- it would be right there, but I wasn't.
22   Q    So, on the second page, if you look at the
23   top here, October 5th, 2022, there's a search for
24   SCDOR legal counsel.  Do you see that?
25   A    And what page is that?

```
 1      Q    Page two, right there.
 2      A    Okay.  So -- and I told Bill about that that
 3   day.  I had to go to SCDOR because it was a form
 4   that I needed to sign to get over to SCDOR.
 5           I was in execution that week.  I worked in a
 6   limited area, meaning I cannot have a personal
 7   cell phone, I can't have a personal iPad, or a
 8   personal computer.  They needed that document
 9   right away.
10      Q    Do you remember what document it was?
11      A    It was -- I had to -- I was on the phone.
12   They told me how -- whatever the form number was.
13   And I just typed in the number, got the document,
14   signed the document, and I emailed it to them.
15           All of this took maybe two or three minutes,
16   and, to me, I didn't own the business anymore.  I
17   wasn't -- didn't do it for, like, any -- for
18   personal gain on my part.  It was de minimis use,
19   and I thought that it was okay.
20      Q    The policy, though, doesn't say -- excuse de
21   minimis use, does it?
22      A    I don't understand what you're saying.
23      Q    You said this is de minimis use, is what you
24   thought, but the policy doesn't excuse de minimis
25   use.
```

```
 1      Q    I mean, so just every once in a while you
 2   want to -- I'm asking why you search so many times
 3   for profit and loss templates.
 4      A    Because I can't understand it, and I'm trying
 5   my best to try to understand exactly what it is.
 6      Q    Okay.
 7      A    So, I just -- just for my knowledge.
 8      Q    Why would you need to know what is considered
 9   material for business tax purposes?
10      A    I'm not sure.  Maybe I was having a
11   conversation with somebody about it.  I don't
12   know.  But, again, I did not own a business at
13   that time and....
14      Q    So, on December 28th and 29th, there's two
15   searches for Clover.  Do you see that?
16      A    I do.
17      Q    Did you make those searches?
18      A    I did.
19      Q    What was that for?
20      A    I received an email from Clover that appeared
21   to be like -- I don't -- since I didn't have
22   Clover anymore, however the email came in, it
23   seemed to be like somebody could have been trying
24   to hack me or something.
25           So, what I did is, I didn't go to a Clover
```