```
        IN THE UNITED STATES DISTRICT COURT
           DISTRICT OF SOUTH CAROLINA
                 AIKEN DIVISION
         CASE NO.: 1:24-cv-02612-SAL-PJG
```

Alisha Johnson,                )
                               )
       Plaintiff,        )
                               )
v.                             )
                               )
Savannah River Nuclear         )
Solutions,                     )
                               )
       Defendant.        )
_____ )


DEPOSITION OF

Tamara Blankenship

\*\*\*\*\*\*\*\*\*\*\*

Thursday, April 24, 2025

10:17 a.m. - 1:18 p.m.

The deposition of Tamara Blankenship was taken before Kimberly C. Young, a notary public in and for the State of South Carolina, commencing on Thursday, April 24, 2025, at the offices of Cromer Babb & Porter, 1418 Laurel Street, Columbia, South Carolina, pursuant to Notice of Deposition and/or agreement of counsel.

```
 1    Q.   I want to make sure we're talking about the same
 2         meeting and/or if there was multiple meetings
 3         just so we're clear.  In the mid-November
 4         meeting that we've been talking about, that
 5         you've kind of gone over with me, that meeting
 6         -- was that meeting called by Ms. Johnson?  Did
 7         she come to you?
 8    A.   No.
 9    Q.   Okay.
10    A.   There was a meeting that we had.  The first
11         meeting was with management.  It was David Hart,
12         Porter Youngblood, Eddie Bodie, and they
13         requested my presence.  We had that meeting
14         prior to me speaking with Ms. Johnson
15         one-on-one.
16    Q.   When was that meeting?
17    A.   That was like a week prior.  It was still
18         mid-November.
19    Q.   All right.  And who was in that meeting again?
20         I'm sorry.
21    A.   David Hart, Eddie Bodie, and Porter Youngblood.
22    Q.   And yourself and Ms. Johnson?
23    A.   Yes, correct.
24    Q.   What position is David Hart in?
25    A.   He is Porter Youngblood's manager.  I'm not
```