IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Alisha Johnson, | Civil Action No. 1:24-cv-02612-JDA-PJG |
| Plaintiff, | |
| vs. | **DECLARATION (SECOND) OF ADRYAN HENDERSON** |
| Savannah River Nuclear Solutions, | |
| Defendant. | |

Under penalty of perjury, Adryan Henderson, being duly sworn, does hereby state that:

1. I am over the age of eighteen (18) and am competent to testify to the matters herein. Unless otherwise stated, the facts contained herein are known to me personally, and the statements herein incorporated are true and correct.

2. I am currently employed with Savannah River Nuclear Solutions, LLC ("SRNS") as a Principal Human Resources Specialist and have worked in this position since April 1, 2022.

3. Because of my role, I have personal knowledge about SRNS's policies and procedures and have access to employees' disciplinary files. These statements are based on my review of business records SRNS maintains in the ordinary course of business.

4. Based on my review, the disciplinary file of Maurice Simmons shows he received a corrective and 12 months' probation for running a personal business at work. Mr. Simmons received this discipline for his first offense.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2025.

*Adryan Henderson*
Adryan Henderson